**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>SUNWORKS, INC.,<br><br>    Debtor. | Chapter 7<br><br>Case No.   24-10215 |
| In re:<br><br>SOLCIUS, LLC.,<br><br>    Debtor. | Chapter 7<br><br>Case No.   24-10216 |
| In re:<br><br>COMMERCIAL SOLAR ENERGY, INC.<br><br>    Debtor. | Chapter 7<br><br>Case No.   24-10217 |
| In re:<br><br>SUNWORKS UNITED INC.<br><br>    Debtor. | Chapter 7<br><br>Case No.   24-10218 |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS**
**AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

# INTRODUCTION

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") filed by Sunworks, Inc and its debtor affiliates, as debtors in the above-captioned cases (collectively, the "Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101 – 1532 (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtors' management. They are unaudited.

While the members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors may exist, inaccuracies within the Debtors' books and records which were relied upon may exist, and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements. In the event of any inconsistency between the Global Notes and the Schedules and Statements, the Global Notes shall control and govern.

The Schedules and Statements have been signed by Mark Trout, the Chief Executive Officer of the Debtors. In reviewing and signing the Schedules and Statements, he relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

# GLOBAL NOTES REGARDING SCHEDULES & STATEMENTS

1. **Description of the Chapter 7 Cases**. On February 5, 2024 (the "Petition Date"), the Debtors commenced voluntary cases under chapter 7 of the Bankruptcy Code (collectively, the "Chapter 7 Cases").

2. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and

Statements is intended to be, nor should it be construed as, a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 7 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a) **No Admission.** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b) **Recharacterization**. The Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(c) **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d) **Claims Description**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

(e) **Estimates and Assumptions**. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in estimates or assumptions.

(f) **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(g) **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

(h) **Insiders**. For purposes of the Schedules and Statements, the Debtors included information with respect to a range of individuals the Debtors believe could be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods, including the following: (i) current and former members of the Debtors' Board of Directors; (ii) employees that are, or were during the relevant period, officers; and (iii) Debtor affiliates.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (i) such person's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable

law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

Further, certain of the individuals or entities identified as insiders, to the extent they are "insiders," may not have been insiders for the entirety of the twelve-month period, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto. To the extent any individual may have been considered an insider at some point during the twelve-month period, but ceased being an insider during the twelve-month period, this schedule only reflects payments made during the time such party may have been considered an insider.

3. **Methodology**.

(a) **Basis of Presentation**. For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements that were consolidated by Debtor, Sunworks Inc. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

Moreover, given the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities among other things, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

(b) **Reporting Date.** The reported asset values in Schedules A and B, reflect the Debtors' asset values as of December 31, 2023, with the exception of cash, which is the reported bank balance as of February 2, 2024. Liabilities are reported as close to the Petition Date as possible.

(c) **Umbrella or Master Agreements**. Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

(d) **Executory Contracts**. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to

amend Schedule G.  In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.  Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

**(e) Leases**.  In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property from certain third-party lessors.  The Debtors believe that all such leases are set forth in the Schedules and Statements.  The property subject to the leases is not reflected  in the Schedules and Statements as either owned property or assets of the Debtors or property or assets of third-parties within the control of the Debtors.  The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to legal status of any lease, and the Debtors reserve all rights with respect to all such issues.

**(f) Valuation**.  It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets.  Accordingly, unless otherwise indicated, net book values as of December 31, 2023, are reflected on the Schedules and Statements.  Exceptions to this include operating cash which is presented at bank balance as of February 2, 2024.  Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values and, in some cases, the Debtors do not carry the value of the assets on their books.  Amounts ultimately realized may vary from net book value (or whatever value was ascribed), and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus,

ultimate liabilities may differ materially from those stated in the Schedules and Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

(g) **Property and Equipment**. Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

(h) **Inventory.** Inventories are reported based on the net book value on the Debtors' balance sheet as of December 31, 2023, except Statement 27 which reflects the latest physical inventory counts of the Debtors based on information available prior to the Petition Date.

Inventory is valued at lower of cost or net realizable value determined by the first-in, first-out method. Inventory primarily consists of panels, inverters, batteries and mounting racks and other materials. The Company reviews the cost of inventories against their estimated net realizable value and records write-downs if any inventories have costs in excess of their net realizable values. Inventory is presented net of an allowance.

(i) **Contract Assets and Liabilities**. Contract assets consist of (i) the earned, but unbilled, portion of a project for which payment is deferred by the customer until certain contractual milestones are met; (ii) direct costs, including commissions, labor related costs and permitting fees paid prior to recording revenue, and (iii) unbilled receivables that represent revenue that has been recognized in advance of billing the customer, which is common for larger construction contracts. Contract liabilities consist of deferred revenue and customer deposits and customer advances, and third-party advances or deposits which represent consideration received from a customer prior to transferring control of goods or services to the customer under the terms of a contract.

(j) **Contingent Assets**. The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and

Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

Additionally, prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Refer to each Statement, item 4(a)(i), for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

(k) **Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

(l) **Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(m) **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

(n) **Intercompany Claims**. Intercompany receivables and payables between the Debtors as of December 31, 2023 are set forth on Schedule E/F or Schedule A/B-77 per the Debtors' books and records, as applicable. The Debtors are not able to easily segregate intercompany payables and receivables between certain debtors and therefore have disclosed certain intercompany payables at undetermined amounts. Sunworks, Inc. has funded the losses and acquisitions of the other Debtors and therefore has an intercompany receivable. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables. These claims are subject to reconciliation and the amounts listed may be materially misstated and subject to material adjustment upon the conclusion of a reconciliation.

Certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission of the amount and/or validity of any such intercompany receivables and payables or the validity of any netting or offset per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not all allowed at all. The listing of amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization or designation of intercompany accounts reported in the Schedules and Statements.

(o) **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, employee benefit accruals, accrued accounts payable, capital lease assets and liabilities and certain contact asset and liability accounts as well as right of use assets and liabilities. In addition, certain immaterial assets and liabilities may have been excluded.

(p) **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.  If such liens may apply, the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

(q) **Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(r) **Setoffs**.  The Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, returns, warranties, commissions and advances as well as other disputes between the Debtors and their suppliers.  Such offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Specific Schedules Disclosures**

(a) **Schedule A/B-3 – Checking, savings, or other financial accounts.**  Schedule A/B-3 lists closing bank balances as of February 2, 2024.  JP Morgan account no. 8509 is reported on Sunworks United Inc's schedules as the account is under their EIN number.  However, Solcius, LLC uses this account as an operating account.

(b) **Schedule A/B-7 – Security deposits with public utilities, telephone companies, landlords and others.**  Schedule A/B-7 does not reflect any amounts of any security deposits a supplier or factor has applied per the supplier's or factor's records.

(c) **Schedule A/B-8 - Prepayments**– In the course of business the company receives and distributes commission advances according to set milestones; some of which are earned at future milestones and thus may be considered assets or liabilities which offset for final determination of amounts due or recoverable.

(d) **Schedule A/B-11 – Accounts receivable**.  Schedule A/B-11 excludes intercompany receivables.  Please see the note on page 8 of these Global Notes regarding intercompany claims.

(e) **Schedule A/B-15 – Stock and interests in incorporated and unincorporated businesses**.  Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that

the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(f) **Schedule A/B – 20 – WIP –** Solcius, LLC reported Construction in progress in this section.

(g) **Schedule A/B-21 – Inventory, excluding agricultural assets**. Inventory is valued at lower of cost or net realizable value determined by the first-in, first-out method. Inventory primarily consists of panels, inverters, batteries and mounting racks and other materials. The Company reviews the cost of inventories against their estimated net realizable value and records write-downs if any inventories have costs in excess of their net realizable values. Inventory is presented net of an allowance.

(h) **Schedules A/B-39, A/B-40, A/B-41 and A/B 50 – Office and business equipment**. Certain of the Debtors' office and business equipment, fixtures, machinery, furnishings, and supplies are not capitalized based on its accounting policies and procedures. The Debtors generally capitalize an asset if it has a life of more than 1 year and if it meets a certain dollar threshold in accordance with the Debtors' accounting policy. There may be certain assets that are not capitalized because they did not meet the Debtors' capitalization policy. Those assets that are not capitalized are not listed herein.

(i) **Schedules A/B, Part 10, Items 59-66 – Intangibles and intellectual property**. The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of such assets might exceed their current fair values. An impairment test has not been conducted as of the preparation of the Schedules and Statements, and therefore several of the Company's intangible asset values may be listed as undetermined. The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable.

(j) **Schedules A/B-74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims**. The Debtors attempted to list known causes of action and other claims. Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims. (Transfers identified in the Statements, *e.g.* at Part 2, Questions 3 and 4, may constitute avoidable transfers, however.) The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements. The Debtors reserve all of their rights with respect to any Causes of Action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of

action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

(k) **Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, equipment lessors, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D, though their deposits may be identified in Schedule A/B.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

(l) **Schedule E/F – Creditors Who Hold Unsecured Claims**

*Part 1 – Creditors with Priority Unsecured Claims*.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

The Debtors' endeavored to pay all employee obligations including without limitation, obligations related to employee wages, accrued PTO and other employee benefits in advance of the Petition Date.  Accordingly, prepetition claims of non-insiders related to regular employee wages and other employee benefits that have been paid or may be paid pursuant to further Bankruptcy Court order are not listed in Schedule E/F Part 1.

Schedule E/F Part 1 also includes balances for advanced deposits.  Such amounts reflect instances where the Debtors have taken a cash deposit from the customer, but have not completed the construction project yet.  Such balances reflect the most current balances on the Debtors' books.

Schedule E/F Part 1 also includes Claims owing to various taxing authorities to which the Debtors potentially may be liable, and which the Debtors have received notice of liability from such taxing authorities, are reported on Part 1. Certain of such claims, however, may be subject to ongoing audits. Therefore, the Debtors have listed all such claims as

"contingent," "unliquidated," and "disputed," pending final resolution of ongoing audits or other outstanding issues.

***Part 2 – Creditors with Nonpriority Unsecured Claims***.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 (Statements Part 3, Question 7), contains information regarding pending litigation involving the Debtors.  The amounts for such potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.  For the avoidance of doubt, demand letters received from potential litigants that do not list a specific Debtor are listed on the Schedules for Sunworks, Inc.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights to, but undertake no obligations to, amend Schedules D and E/F if and as they receive prepetition invoices.

Liabilities listed on Schedules E/F reflect the Debtors' book and records balances as close as practicable to the petition date.

Part 2 does not include certain balances including deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

(m) **Schedule G – Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, and unintended duplication of items may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the company may have inadvertently listed the incorrect Debtor party.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Debtor entities although the Debtors have assumed and continue to perform under the terms of such agreements. In such cases, Debtors have included such items on Schedule G of Sunworks, Inc.

(n) **Schedule H – Co-Debtors**. In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases and other agreements. The Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

The Debtors have not listed any litigation-related co-Debtors on Schedule H. Instead, all such listings can be found on the Debtors' Schedule E/F.

**Specific Statements Disclosures**.

(a) **Part 1, Question 1 – Income from operations**. The values reflected in Part 1, Question 1 are at the profit-and-loss level not on a cash basis. These are reported as of December 31, 2023 for Solcius, LLC and Commercial Solar Energy Inc, the Debtors that report income from operation, as the Debtors have not closed the books for January 2024 yet.

(b) **Part 1, Question 2 – Non-business revenue**. Non-business revenue includes such items sale of assets including inventory, vehicle and ERTC Receivable. This is reflected at the profit-and-loss level, not on a cash basis. These are reported as of December 31, 2023, as the Debtors' have not closed the books for January 2024 yet.

(c) **Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case**. Any payments made to the Debtors' bankruptcy case professionals and/or insiders within the ninety days prior to the Petition Date are disclosed in response to SOFA 11 and SOFA 4, respectively, and therefore are not listed in response to SOFA 3. Payments made to the Debtors' non-insider employees also are not listed in SOFA 3.

(d) **Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider**. Both questions 4 and 30 in the SOFAs request information regarding payments to insiders, and all such information is provided in response to question 4. The information reported on Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date. For the avoidance of doubt, Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company, but are no longer employed by the Company.

(e) **Part 2, Question 5 – Repossessions, foreclosures, and returns**. In the ordinary course of business, returns are part of the Debtors' operations. This includes returns to vendors. This question excludes goods returned in the ordinary course of business.

(f) **Part 2, Question 6 – Setoffs**. For a discussion of setoffs and nettings incurred by the Debtors, refer to page 9 of these Global Notes.

(g) **Part 2, Question 7 – Legal Actions.** Information provided on Question 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum and omits threatened litigation that has not yet commenced. While the Debtors made reasonable efforts under the circumstances to complete Question 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Question 7. The Debtors reserve all of their rights to amend or supplement their response to Question 7.

(h) **Part 5, Question 10 – Losses from Fire, Theft or Other Casualty**. The Debtors occasionally incur losses for a variety of reasons, including property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

The Debtors were unable to obtain details on claims reported to the insurance company due to employees with knowledge ending employment with the Debtors. The Debtors have requested this information from the insurance broker, but did not receive as of the filing of the Statements.

(i) **Part 6, Question 11 – Certain payments or transfers**. All disbursements listed in Statement 11 were initiated and disbursed by Sunworks United Inc. but were for the benefit of all Debtors.

(j) **Part 10, Question 20 – Off-premises storage**. The locations listed for off-premise storage do not include inventory at construction sites. There may be equipment and vehicles left at construction sites.

(k) **Part 13, Question 26 – Books, Records, and Financial Statements.** The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients include, among others, regulatory agencies, financial institutions, investment banks, equityholders, debtholders and their legal and financial advisors. Financial statements may have also been provided to other parties as requested, subject to customary non-disclosure requirements where applicable. In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures. The Debtors' financial statements are also included in their periodic securities filings and available to the public. Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26.

☐ **Check if this is an
amended filing**

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** | $0.00 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $13,185,047.77 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $13,185,047.77 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ........................ $0.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---|
| 3a. **Total claim amounts of priority unsecured claims:** | $2,490,258.00 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $4,186,618.25 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**

Lines 2 + 3a + 3b ........................ $6,676,876.25

☐ **Check if this is an amended filing**

**Official Form 206A/B**

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2. Cash on hand**

| 2.1 | | $0.00 |
|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
|---|---|---|---|
| 3.1 JP Morgan Chase | SUN Operating Account | 2617 | $53,749.41 |
| 3.2 JP Morgan Chase | SUN Permit Account | 2625 | $16,177.56 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 Cash in Computershare Escrow Account | | $250,988.94 |
|---|---|---|

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $320,915.91 |
|---|

### Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |

7.1    Lease Deposit - Black Iris Properties, LLC      $6,894.15

7.2    Lease Deposit - OLEN Commercial Realty Group      $3,752.00

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1    See Schedule AB 8 Attachment      $458,914.14

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $469,560.29 |

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **11. Accounts receivable** | |

| | | face amount | | doubtful or uncollectible accounts | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $2,037,502.73 | — | $0.00 | = ........ ➜ | | $2,037,502.73 |
| 11b. | Over 90 days old: | $1,153,087.99 | — | $145,211.55 | = ........ ➜ | | $1,007,876.44 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | $3,045,379.17 |

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1 | | $0.00 |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

| 15.1 | | | |
|------|------|------|------|
| | | | $0.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1 | | |
|------|------|------|
| | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$0.00

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Batteries | 12/31/2023 | $28,749.59 | Moving Average | $28,749.59 |
| 19.2 Inverters | 12/31/2023 | $205,486.85 | Moving Average | $205,486.85 |
| 19.3 Modules | 12/31/2023 | $3,375,915.88 | Moving Average | $3,375,915.88 |
| 19.4 Optomizers | 12/31/2023 | $50,049.28 | Moving Average | $50,049.28 |
| 19.5 Steel | 12/31/2023 | $333,933.58 | Moving Average | $333,933.58 |
| 19.6 Reserve for Obsolesence | N/A | $-762,838.15 | Net Book Value | $-762,838.15 |
| **20. Work in progress** | | | | |
| 20.1 Refer to Global Notes | | | | $0.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 None | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 Inventory In Transit | | Undetermined | | Undetermined |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $3,231,297.03 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 _____ | _____ | _____ | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 _____ | _____ | _____ | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 _____ | _____ | _____ | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 _____ | _____ | _____ | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 _____ | _____ | _____ | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes     Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1   Furniture & Fixtures | $0.00 | Net Book Value | $0.00 |
| **40. Office fixtures** | | | |
| 40.1   See AB 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   Computers & Software | $0.00 | Net Book Value | $0.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1   None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| $0.00 |
|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>See Schedule AB 47 Attachment | $261,996.59 | | $261,996.59 + Undetermined Amounts |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Machinery & Equipment | $104,760.19 | Net Book Value | $104,760.19 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $366,756.78 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real Property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>"Office - 601 N. Parkcenter Dr Ste 202 Santa Ana, CA 92705" | Leased | N/A | N/A | Undetermined |

| 55.2 | "Office- 2270 Douglas Blvd., Ste 216, Roseville, CA 95661" | Leased | N/A | N/A | Undetermined |
| 55.3 | "Office/Warehouse - 1700 North Market Blvd #105, Sacramento, CA 95834" | Leased | N/A | N/A | Undetermined |
| 55.4 | "Warehouse/Office Space - 15 Pepsi Way, Durham, CA (2 Supplemental Trailers) (*)" | Leased | N/A | N/A | Undetermined |
| 55.5 | "Warehouse/Office Space - 15 Pepsi Way, Durham, CA (*)" | Leased | N/A | N/A | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 None | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 www.powerpayreferrals.com | N/A | N/A | Undetermined |
| 61.2 www.powerpayusa.com | N/A | N/A | Undetermined |
| 61.3 www.rapidrack.com | N/A | N/A | Undetermined |
| 61.4 www.sunforceusa.com | N/A | N/A | Undetermined |
| 61.5 www.sunworkspartner.us | N/A | N/A | Undetermined |
| 61.6 www.sunworksportal.com | N/A | N/A | Undetermined |

61.7
www.yoursunworks.com                        N/A                 N/A                 Undetermined

**62. Licenses, franchises, and royalties**

62.1
None                                                                                            $0.00

**63. Customer lists, mailing lists, or other compilations**

63.1
None                                                                                            $0.00

**64. Other intangibles, or intellectual property**

64.1
None                                                                                            $0.00

**65. Goodwill**

65.1
None                                                                                            $0.00

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.                                   $0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1
Promissory Note - Miethe,        $14,600.00          $14,600.00   =  ➔                      $0.00
Matthias
                                 total face amount   -  doubtful or uncollectible
                                                        amount

71.2
Promissory Note - Jones, David   $25,258.00          $25,258.00   =  ➔                      $0.00
                                 total face amount   -  doubtful or uncollectible
                                                        amount

71.3

Promissory Note - Malfavon,     $12,261.40          $12,261.40    =  ➜                    $0.00
Gonzalo
                                total face amount  -  doubtful or uncollectible
                                                     amount

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

NOL                                             Tax year  2021                        $10,240.00

72.2

NOL                                             Tax year  2022                     $5,711,196.00

**73. Interests in insurance policies or annuities**

73.1

$5M x Primary Excess General, Pollution and Professional Liability- Colony Insurance       Undetermined
Company - 7/26/2023 - 7/26/2024

73.2

$5M x $5M Second Excess General, Pollution and Professional Liability - Ironshore          Undetermined
Specialty Insurance Company - 7/26/2023 - 7/26/2024

73.3

Auto Liability - Starr - Starr Indemnity & Liability Company - 7/26/2023 - 7/26/2024        Undetermined

73.4

Commercial Crime - Berkley Crime - Policy No. BCCR-45004382-21 - 1/26/2023 -                Undetermined
1/26/2024

73.5

Cyber (5M) - Crum and Forster - Policy No. CYB-105605 - 2/25/2023 - 2/25/2024               Undetermined

73.6

D&O (5M Side-A x 15M) - Lloyd's (Alpha) - Policy No. FINMW2251198 - 7/26/2023-              Undetermined
7/26/2024

73.7

D&O (5M x 10M) - Lloyd's (Inigo) - Policy No. FINMW2261197 - 7/26/2023-7/26/2024            Undetermined

73.8

D&O (5M x 5M) - Argonaut Ins. Co. - Policy No. MLX4262886-2 - 7/26/2023 - 7/26/2024         Undetermined

73.9

D&O (Primary 5M) - AWAC - Policy No. 0313-4823 - 7/26/2023 - 7/26/2024                      Undetermined

73.10

D&O (Primary 5M) - AWAC - Run Off Endorsement - Effective 2/5/2024                          Undetermined

73.11

Employment Practices Liability - AWAC - Policy No. 0313-4822 - 07/26/2023 - 07/26/2024      Undetermined

73.12

Fiduciary Liability - Hudson Insurance Company/Elucid Fiduciary - Policy No.                Undetermined
SFD31211841-02 - 07/26/2023 - 07/26/2024

73.13

General, Pollution and Professional Liability - Colony Insurance Company - 7/26/2023 -      Undetermined
7/26/2024

73.14

Inland Marine/Property - Starr Indemnity & Liability Company - 7/26/2023 - 7/26/2024        Undetermined

| 73.15 | | |
|---|---|---|
| | Workers Compensation - Starr Indemnity & Liability Company - 7/26/2023 - 7/26/2024 | Undetermined |

| 73.16 | | |
|---|---|---|
| | $10M x $10M - Third Excess General, Pollution and Professional Liability - AXIS Surplus Insurance Company - 7/26/2023 - 7/26/2024 | Undetermined |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 | | |
|---|---|---|
| | Unknown | Undetermined |

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| 75.1 | | |
|---|---|---|
| | None | $0.00 |

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

| 76.1 | | |
|---|---|---|
| | None | $0.00 |

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 77.1 | | |
|---|---|---|
| | Net Credit Balance in Accounts Payable | $29,702.59 |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $5,751,138.59 |
|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:   Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $320,915.91 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $469,560.29 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $3,045,379.17 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $3,231,297.03 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |

**86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7.                    $0.00

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8.                    $366,756.78

**88. Real property. Copy line 56, Part 9.**    →                    $0.00

**89. Intangibles and intellectual property.**  Copy line 66, Part 10.                    $0.00

**90. All other assets.** Copy line 78, Part 11.                    $5,751,138.59

**91. Total. Add lines 80 through 90 for each column**     91a.    $13,185,047.77        91b.                    $0.00

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                    $13,185,047.77

# SCHEDULE 8 ATTACHMENT
Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent

| Description, including name of holder of prepayment | Current Value |
|---|---|
| Prepaid Commissions - Abele Farms, LP (Work Auth #3) M8433 | $447.57 |
| Prepaid Commissions - Bright Coastal - San Regis Apartments | $20,824.60 |
| Prepaid Commissions - BUCRA - Butte County Rice Growers Assoc LNTP | $31,885.96 |
| Prepaid Commissions - Caster Capitol Storage Partners LP (Baroni) | $152.14 |
| Prepaid Commissions - Caster Storage II LP (SD PCH) | $3.72 |
| Prepaid Commissions - Chula Vista Storage LP (Caster/Chula Vista) | $177.87 |
| Prepaid Commissions - Cortina Hulling & Shelling Work Auth #1 | $208.49 |
| Prepaid Commissions - Cortina Hulling & Shelling Work Auth #2 (Dunnigan Hills) | $29.44 |
| Prepaid Commissions - Hoblit Chrysler Dodge Jeep Ram | $47.62 |
| Prepaid Commissions - IPS Solar Company, Inc - Cruz Tire & Truck Repair | $7,737.84 |
| Prepaid Commissions - JAFW Vineyards, LLC Work Auth #1 | $2.82 |
| Prepaid Commissions - Kingston Technology Company, Inc | $6,863.36 |
| Prepaid Commissions - Nobell Energy Solutions LLC (Palm Springs Air | $301.31 |
| Prepaid Commissions - Nor Cal Nut, Inc. (Manhart) | $3,049.23 |
| Prepaid Commissions - Pivot Energy Renewable Services LLC (CPA Beverly) | $2,025.10 |
| Prepaid Commissions - Pivot Energy Renewable Services LLC (CPA San | $587.32 |
| Prepaid Commissions - Quality Dev & Const (West Mission Apartments) | $744.72 |
| Prepaid Commissions - Reamer Farms Inc Work Auth 1 Home Ranch Building | $3,673.58 |
| Prepaid Commissions - Reamer Farms Inc Work Auth 3 Home Ranch Pumps | $6,653.45 |
| Prepaid Commissions - Reamer Farms Inc Work Auth 4 Dominguez Ranch | $2,598.64 |
| Prepaid Commissions - Tarke Brothers Estate, LLC | $3,107.54 |
| Prepaid Commissions - Terkildsen Ranch, LLC | $658.72 |
| Prepaid Commissions - Van Dyke Brothers - Striplin | $1,928.72 |
| Prepaid Commissions - Van Dyke Brothers (4101 Pleasant Grove) | $605.68 |
| Prepaid Commissions - Wilbur-Ellis Company (Helm) | $3,632.25 |
| Prepaid Commissions - Wilbur-Ellis Company (Salinas) | $4,989.09 |
| Prepaid Commissions - Wilbur-Ellis Company (Willows) | $3,355.11 |
| Prepaid Inventory - Canadian Solar - Modules | $2,384.45 |
| Prepaid Inventory - Chint Power - Inverters | $9,181.75 |
| Prepaid Inventory - GME Supply - Safety Roof Hooks | $417.44 |
| Prepaid Inventory - Hanwha - Modules | $165,953.96 |
| Prepaid Inventory - iSolar Brokers - Modules | $6,004.95 |
| Prepaid Inventory - Megawatt Group - Modules | $102,857.04 |
| Prepaid Inventory - Soligent - Inverters | $57,107.50 |
| Prepaid Vehicle Maintenance Plans - Ron DuPratt | $8,715.16 |
| **Total:** | **$458,914.14** |

| Vehicle ID | Model | VIN | Owned/ Leased | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|
| DUMP TRAILER | Dump Trailer | | Owned | $0.00 | Net Book Value | $0.00 |
| FLAT DECK TRAILER | Flat Deck Trailer | | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 100 | 2021 Ford F250 Super Duty 4x4 | 1FD7X2B6XMEC22993 | Owned | $28,113.84 | Net Book Value | $28,113.84 |
| SUN 101 | 2021 Ford F250 Super Duty 4x4 | 1FD7X2B68MEC22992 | Owned | $28,113.84 | Net Book Value | $28,113.84 |
| SUN 102 | 2021 Ford F250 Super Duty 4x4 | 1FD7X2B60MEC55369 | Owned | $28,113.84 | Net Book Value | $28,113.84 |
| SUN 103 | 2021 Ford F250 Super Duty 4x4 | 1FD7X2B63MEC76202 | Owned | $28,113.84 | Net Book Value | $28,113.84 |
| SUN 104 | 2021 Ford F250 Super Duty 4x4 | 1FD7X2B68MED10568 | Owned | $28,113.84 | Net Book Value | $28,113.84 |
| SUN 105 | 2021 Ford F250 Super Duty 4x4 | 1FD7X2B65MED10558 | Owned | $28,113.84 | Net Book Value | $28,113.84 |
| SUN 107 | 2021 Ford F250 Super Duty 4x4 | 1FTBF2A63NEC26159 | Owned | $22,461.89 | Net Book Value | $22,461.89 |
| SUN 108 | 2019 Ford F450 Super Duty 4x2 | 1FDUF4GY3KEF83765 | Owned | $25,297.29 | Net Book Value | $25,297.29 |
| SUN 109 | 2019 Ford Chevy Colorado | 1GCGTBEN2M1141075 | Owned | $26,216.31 | Net Book Value | $26,216.31 |
| SUN 21 | 2016 Ford Fiesta | 3FADP4TJ8GM120358 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 36 | 2018 Ford Transit Connect | NMOLS7E79J1377716 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 37 | 2016 Ford Transit 250 | 1FTYR2CM6GKA92345 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 41 | 2015 Ford Explorer | 1FM5K8B89GGA12713 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 50 | 2016 Ford F-150 4x2 | 1FTMF1C89GKE04176 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 52 | 2016 Ford F-150 4x2 | 1FTMF1C80GKE04177 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 60 | 2016 Ford F-150 4x2 | 1FTEX1CF9GFB54124 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 64 - 2016 Ford Escape (Loaner) | 2016 Ford Escape | 1FMCU0GD4HUA83006 | Owned | $1,802.96 | Net Book Value | $1,802.96 |
| SUN 65 - 2016 Ford Escape (Loaner) | 2016 Ford Escape | 1FMCU0GD3HUB02905 | Owned | $1,842.87 | Net Book Value | $1,842.87 |
| SUN 66 | 2016 Ford F-150 SC 4x2 | 1FTEX1C81GFB27193 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 67 | 2016 Ford F-550 4x4 | 1FD0W5HT8GEC18898 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 68 | 2016 Ford F-550 4x2 | 1FDOW5GT1GEC62811 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 69 - 2017 F-150 SC 4X2 | 2016 Ford F150 SC 4x2 | 1FTEX1CP4HKC19205 | Owned | $510.36 | Net Book Value | $510.36 |
| SUN 72 | 2016 Ford F-150 4x2 | 1FTEX1E89HKC19206 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 73 | 2017 Ford F-150 4x2 | 1FTEX1C8XHFA26834 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 74 - 2017 F-150 SC 4X2 | 2017 Ford F-150 SC 4x2 | 1FTEX1C84HFA34671 | Owned | $466.04 | Net Book Value | $466.04 |
| SUN 78 - 2017 F-150 SC 4X2 | 2017 Ford F-150 SC 4x2 | 1FTEX1C85HKC55896 | Owned | $497.75 | Net Book Value | $497.75 |
| SUN 80 - 2017 F-150 SC 4X2 | 2017 Ford F-150 SC 4x2 | 1FTEX1C8XHFA47229 | Owned | $470.58 | Net Book Value | $470.58 |
| SUN 81 | 2017 Ford F-150 SC 4x4 | 1FTEX1EP0HKC25600 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 84 | 2016 Ford Colorado | 1GCGSBE37G1351628 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 92 | 2018 Ford F550 4x2 | 1FDUF5GT8JEB98310 | Owned | $6,120.20 | Net Book Value | $6,120.20 |
| SUN 95 | 2021 Ford F250 Super Duty 4x4 | 1FTEW1CP5JKE31488 | Owned | $0.00 | Net Book Value | $0.00 |
| SUN 99 | 2019 Ford Cargo Van | NM0LS7E23K1410056 | Owned | $3,773.33 | Net Book Value | $3,773.33 |
| TILT DECK TRAILER | Tilt Deck Trailer | | Owned | $0.00 | Net Book Value | $0.00 |

## SCHEDULE 47 ATTACHMENT
Automobiles, Vans, Trucks, Motorcycles, Trailers, and Titled Farm Vehicles

| Vehicle ID | Model | VIN | Owned/ Leased | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|---|
| TRAILER | Trailer | | Owned | $0.00 | Net Book Value | $0.00 |
| TRAILER | Trailer | | Owned | $0.00 | Net Book Value | $0.00 |
| TRAILER | Trailer | | Owned | $0.00 | Net Book Value | $0.00 |
| TRAILER | Trailer | | Owned | $0.00 | Net Book Value | $0.00 |
| TRAILER | Trailer | | Owned | $416.63 | Net Book Value | $416.63 |
| Trailer (PW) | Trailer | 16V1W131XN4197020 | Owned | $3,437.36 | Net Book Value | $3,437.36 |
| SUN 110 - FINANCE LEASE | 2022 RAM 2500 4X4 Crew CAB | 3C6UR5HJ6NG370560 | Leased | Undetermined | N/A | Undetermined |
| SUN 111 - FINANCE LEASE | 2022 RAM 2500 4X4 Crew CAB | 3C6UR5HJ3NG369804 | Leased | Undetermined | N/A | Undetermined |
| SUN 112 - FINANCE LEASE | 2022 RAM 2500 4X4 Crew CAB | 3C6UR5HJ8NG354747 | Leased | Undetermined | N/A | Undetermined |
| SUN 113 - FINANCE LEASE | 2022 RAM ProMaster City | ZFBHRFAB6N6X27520 | Leased | Undetermined | N/A | Undetermined |
| SUN 120 - FINANCE LEASE | 2023 RAM ProMaster 2500 | 3C6LRVDG6PE536399 | Leased | Undetermined | N/A | Undetermined |
| SUN 115 - FINANCE LEASE | 2023 RAM ProMaster 3500 | 3C6MRVHG6PE517205 | Leased | Undetermined | N/A | Undetermined |
| SUN 114 - FINANCE LEASE | 2023 RAM ProMaster 3500 | 3C6MRVHG8PE517206 | Leased | Undetermined | N/A | Undetermined |

Total: **$261,996.60**
**+**
**Undetermined**
**Amount**

**Fill in this information to identify the case:**

Debtor name: Commercial Solar Energy Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: TBD

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:** **List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* <br> **Amount of Claim** <br> Do not deduct the value of collateral. | *Column B* <br> **Value of collateral that supports this claim** |
|---|---|---|---|

2.1

Date debt was incurred?

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$0.00

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

Debtor __Commercial Solar Energy Inc._____  Case number *(if known)* __TBD_____
Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

California Department of Tax and Fee Administration, PO Box 942879, Sacramento, CA 94279-3535

**As of the petition filing date, the claim is:** — $2,490,258.00 — $2,490,258.00

*Check all that apply.*

**Date or dates debt was incurred**
2016-2019

☐ Contingent

☐ Unliquidated

**Last 4 digits of account number**

☑ Disputed

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.2**

California Secretary Of State, 1500 11th St, Sacramento, CA 95814

**As of the petition filing date, the claim is:** — Undetermined — Undetermined

*Check all that apply.*

**Date or dates debt was incurred**

☑ Contingent

☑ Unliquidated

**Last 4 digits of account number**

☑ Disputed

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.3**

Hawaii Department Of Commerce And Consumer Affairs, Business Registration Division, 335 St, Rm 201, King Kalakaua Bldg, Honolulu, HI 96813

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.4**

Massachusetts Secretary Of The Commonwealth, 1 Ashburton Plc, Boston, MA 02108

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.5**

Nevada Secretary Of State, Commercial Recordings Division, 202 N Carson St, Carson City, NV 89701

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __8__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined          Undetermined

**2.6**

New Jersey Department Of The Treasury, Division Of Revenue, Business Services Bureau, 33W W State St, #5, Trenton, NJ 08608

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined          Undetermined

**2.7**

North Carolina Secretary Of State, Corporations Division, 2 S Salisbury St, Raleigh, NC 27601

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined          Undetermined

**2.8**

Utah Department Of Commerce, Division Of Corporations & Commercial Code, 160 E 300 South , Salt Lake City, NV 84111

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
Permits/License/Registration

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Undetermined          Undetermined

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

4Creeks, Inc, 324 S Santa Fe, Suite A, Visalia, CA 93292

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,562.50

**3.2**

ACIP Energy, LLC, P O BOX 3480, Yuba City, CA 95992

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$22,653.00

**3.3**

Advanced Document Concepts for Business, PO Box 3870, Chico, CA 95927

**Date or dates debt was incurred**
12/1/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$75.38

**3.4**

Alhambra & Sierra Springs, PO Box 660579, Dallas, TX 75266-0579

**Date or dates debt was incurred**
12/15/2023

**As of the petition filing date, the claim is:**                                    $34.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5**

Allied Storage Containers Inc., PO Box 12684, Fresno, CA 93778

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $2,081.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6**

Alpine Geological, 2064 Eastman Avenue #111, Ventura, CA 93003

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $5,300.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Accued AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7**

Also Energy Inc., 5400 Airport Blvd, Suite 100, Boulder, CO 80301

**Date or dates debt was incurred**
12/28/2023

**As of the petition filing date, the claim is:**                                    $2,475.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8**

American Express, PO Box 0001, Los Angeles, CA 90096-8000

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                        $21,842.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Credit Card Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.9**

AO Energy Nevada Series, LLC, 450 Sinclair Street, Reno, NV 89501

**Date or dates debt was incurred**
11/17/2023

As of the petition filing date, the claim is:                                        $1,828.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10**

Applied Engineering Consultants Inc., 10360 Carey Drive, Grass Valley, CA 95945

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                        $8,800.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11**

Austin Power LLC, 18 Virginia Road, Natick, MA 01760

**Date or dates debt was incurred**
9/20/2023

As of the petition filing date, the claim is:                                        $880.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.12**

Avalon Custodial Care, PO Box 1464, Fair Oaks, CA 95628

**Date or dates debt was incurred**
12/1/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$645.00

**3.13**

Bay Power Inc., 626 Kearney Ave, Modesto, CA 95350

**Date or dates debt was incurred**
8/2/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,295.35

**3.14**

Ben Toilet Rentals. Inc, P.O. Box 1198, Gridley, CA 95948-1198

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$505.10

**3.15**

Black Dog Graphics, 1588 Santa Ana Avenue, Sacramento, CA 95838

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,694.85

3.16

Blaisdells & Songey, Inc., 880 Harbour Way South, Suite 600, Richmond, CA 94804

**Date or dates debt was incurred**
12/1/2023

**As of the petition filing date, the claim is:**                                              $230.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.17

Blue Dot Solar, P.O. Box 1571, Lincoln, CA 95648

**Date or dates debt was incurred**
11/26/2023

**As of the petition filing date, the claim is:**                                            $6,475.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.18

Bonnell Aluminum, Building H-11 Freeport Center, Clearfield, UT 84106

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                         $134,711.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.19

Bowman & Company, LLP, 10100 Tinity Parkway, Suite 310, Stockton, CA 95219

**Date or dates debt was incurred**
11/30/2023

**As of the petition filing date, the claim is:**                                          $18,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.20**

Brown General Engineering, Inc., 9156 Holland Avenue, Durham, CA 95938

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $63,015.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.21**

Butte Sand & Gravel, P.O. Box 749, Sutter, CA 95982

**Date or dates debt was incurred**
11/20/2023

As of the petition filing date, the claim is:                    $2,044.43
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.22**

California Apprenticeship Council, PO Box 511283, Los Angeles, CA 90051-7838

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $414.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.23**

California Service Tool, Inc., 3875 Bay Center Place, Hayward, CA 94545

**Date or dates debt was incurred**
1/3/2024

As of the petition filing date, the claim is:                    $34.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.24**

California Surveying & Drafting Supply, 4733 Auburn Blvd., Sacramento, CA 95841

**Date or dates debt was incurred**
12/7/2023

As of the petition filing date, the claim is:                                      $549.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**

Caprenos Inc., 4345 Murphy Canyon Rd. Suite 200, San Diego, CA 92123

**Date or dates debt was incurred**
12/31/2023

As of the petition filing date, the claim is:                                      $119.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**

CED GreenTech, P O BOX 888835, Los Angeles, CA 90088-8835

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                      $56,860.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27**

Circuit Solutions, 809-1 N Market Blvd, Sacramento, CA 95834

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                      $6,556.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28**

CLC Lodging, P.O. Box 534722, Atlanta, GA 30353-4722

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,377.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.29**

Consolidated Parts, P O BOX 4264, Burlingame, CA 94011-4264

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,245.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30**

Control Solutions, Inc., PO Box 2264, Loomis, CA 95650

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $42,919.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.31**

CST Global LLC, P O BOX 5431, Denver, CO 80217-5431

**Date or dates debt was incurred**
10/31/2023

**As of the petition filing date, the claim is:**    $50.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.32**

Daniel O'Connell, 911 Commons Drive, Sacramento, CA 95825

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                           $75,336.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Commissions

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.33**

Dan's Electrical Supply, 385 East Park Avenue, Chico, CA 95928

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                           $2,289.57
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.34**

Deductible Recovery Group, PO Box 6068-01, Hermitage, PA 16148-1068

**Date or dates debt was incurred**
7/6/2023

As of the petition filing date, the claim is:                           $0.02
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.35**

Delta Electronics (Americas) LTD, 46101 Fremont Blvd, Fremont, CA 94538

**Date or dates debt was incurred**
11/8/2023

As of the petition filing date, the claim is:                           $3,832.50
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.36**

Diversified Project Services International Inc, 5351 Olive Drive, Suite 100, Bakersfield, CA 93308

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $5,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.37**

Dudley's Excavating, Inc, P.O. Box 901, Gerber, CA 96035-0901

**Date or dates debt was incurred**
10/12/2023

As of the petition filing date, the claim is:                                   $19,861.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38**

Durham Pentz Truck Center, PO Box 1188, Durham, CA 95938

**Date or dates debt was incurred**
9/28/2023

As of the petition filing date, the claim is:                                    $2,062.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39**

DynoRaxx, 6500 Sheridan Drive, Suite 120, Buffalo, NY 14221

**Date or dates debt was incurred**
9/25/2023

As of the petition filing date, the claim is:                                   $17,316.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.40

Edges Electrical Group, P.O. Box 26830, San Jose, CA 95159-6830

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $389,612.86
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.41

Empire Safety, P O Box 41125, San Jose, CA 95160

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $2,745.83
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.42

EMRL, Inc., 1020 10th Street, Sacramento, CA 95814

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $356.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.43

Endelos Energy, Inc., 593 Avenue of the Flags Ste #105, Buellton, CA 93427

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $471,885.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.44

Engineered Power Solutions, 72 South Main Street, Suite A, Templeton,
CA 93465

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $9,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.45

Enterprise FM Trust, P O Box 800089, Kansas City, MO 64180-0089

**Date or dates debt was incurred**
12/16/2023

As of the petition filing date, the claim is:    $494.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.46

Ernesto Guzman Landscaping, 1425 Tehama Avenue, Oroville, CA 95965

**Date or dates debt was incurred**
11/1/2023

As of the petition filing date, the claim is:    $225.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.47

Fastenal, PO Box 1286, Winona, MN 55987-1286

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $532.66
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.48

FedEx, PO Box 7221, Pasadena, CA 91109

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $94.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.49

Flock Freight, Dept LA 24808, Pasadena, CA 91185

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                        $602.54
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Accrued AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.50

Future Ford Fleet, 4625 Madison Avenue, Sacramento, CA 95841-2589

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $635.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.51

GME Supply Company, 1391 E. Boone Industrial Boulevard, Columbia, MO 65202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                        $14,036.15
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.52

Gold Rush Energy Solutions, 8200 Hwy 193, Garden Valley, CA 95633

**Date or dates debt was incurred**
11/8/2019

**As of the petition filing date, the claim is:**                              $22,230.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.53

GoldenSun Electric, 580 West Weimar Crossroad, Colfax, CA 95713

**Date or dates debt was incurred**
8/20/2019

**As of the petition filing date, the claim is:**                              $951.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.54

Graybar Electric Company, P O BOX 57071, Los Angeles, CA 90074

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $218,462.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.55

Ground Penetrating Radar Systems LLC, P O Box 932, Toledo, OH 43697-0932

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $3,450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.56**

Haig Precision Mfg. Corp, 3616 Snell Avenue, San Jose, CA 95136

**Date or dates debt was incurred**
10/13/2023

As of the petition filing date, the claim is:                    $7,772.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.57**

Herc Rentals Inc., PO Box 936257, Atlanta, GA 31193

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,200.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.58**

Hilti, Inc., P O Box 70299, Philadelphia, PA 19176-0299

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    $33.40
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Accued AP

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.59**

Home Depot Credit Services, P O BOX 78047, Phoenix, AZ 85062-8047

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $5,897.29
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60**

Horizon Underground Inc, 1595 Mountain Avenue, Norco, CA 92860

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $421,696.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.61**

Hurricane Hill Development Company PLLC, 1042 Hurricane Hill Road, Mason, NH 03048

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $3,671.88
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.62**

Inter Solar North America, P O BOX 79365, Baltimore, MD 21279-0365

**Date or dates debt was incurred**
3/27/2023

As of the petition filing date, the claim is: $3,040.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63**

IPS Solar Company, Inc. - Cruz Tire & Truck Repair, 5000 East 2nd Street, Suite G, Benicia, CA 94510

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Warranty Reserve

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.64**

ISA Corporation, 3213 Whipple Road, Union City, CA 94587

**Date or dates debt was incurred**
11/28/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$26,020.50

**3.65**

J and D Steel Fabrication and Repair LP, P O BOX 5487, Santa Maria, CA 93456

**Date or dates debt was incurred**
12/21/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,305.00

**3.66**

JMPE Electrical Engineering, 627 Olive Street, Santa Barbara, CA 93101

**Date or dates debt was incurred**
11/16/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,800.00

**3.67**

Joseph L. Geist, 7103 24th Street, Rio Linda, CA 95673-2807

**Date or dates debt was incurred**
1/14/2024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

3.68

Kingston Technology Company, Inc., 17600 Newhope Street, Fountain Valley, CA 92708

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $275,279.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Interconnection Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

3.69

Magna Transportation Group, Lox Box 4223, Rancho Cucamonga, CA 91729

**Date or dates debt was incurred**
11/14/2023

**As of the petition filing date, the claim is:**                    $1,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.70

Main Electric Supply Company LLC, P O BOX 846852, Los Angeles, CA 90084

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $61,073.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.71

Map Your Show, LLC, P O BOX 638886, Cincinnati, OH 45263-8886

**Date or dates debt was incurred**
5/31/2023

**As of the petition filing date, the claim is:**                    $495.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.72**

Marine Fasteners, 2152 Martin Luther King Jr Blvd, Suite 1080, Sanford, FL 32771

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,590.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.73**

MBL & Sons Inc., 954 Hampswood Way, San Jose, CA 95120

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $524,732.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.74**

MMPV Design, Inc, 718 W Arbor Drive, San Diego, CA 92103

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $19,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.75**

Mobile Modular Portable Storage, PO BOX 45043, San Francisco, CA 94145

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $3,421.12
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.76

Monroe Titan LLC, 1105 Marietta Way, Sparks, NV 89421

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,408.85
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.77

Moss Adams LP, P O BOX 101822, Pasadena, CA 91189-1822

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $19,900.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Accrued AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.78

NV5 Inc, P O Box 74008680, Chicago, IL 60674-8680

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,579.46
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.79

Nvoicepay Inc, 8905 SW Nimbus Avenue, Suite 240, Beaverton, OR 97008

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $13.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.80**

Nvoicepay Inc, 8905 SW Nimbus Avenue, Suite 240, Beaverton, OR 97008

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$155.47

**3.81**

Pacific Utility Construction, 217 W Kentucky Avenue, Woodland, CA 95695

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,050.00

**3.82**

PanelTEK LLC, 130 E Larsen Drive, Fond Du Lac, WI 54937

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,185.31

**3.83**

Pape Material Handling Inc., PO Box 35144 #5077, Seattle, WA 98124-5144

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,038.61

3.84

Payless Building Supply, 2600 Notre Dame Blvd., Chico, CA 95928

**Date or dates debt was incurred**
12/13/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$52.09

3.85

PG&E CFM-PPC Dept., P.O. Box 997340, Sacramento, CA 95899-7340

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$333,263.25

3.86

PG&E, PO BOX 997300, Sacramento, CA 95899

**Date or dates debt was incurred**
3/25/2023

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Utility Provider

**Is the claim subject to offset?**
☑ No

☐ Yes

$38.39

3.87

Pittman Engineering, 1050 Opportunity Dr Ste 120, Roseville, CA 95678-3029

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$34,230.00

3.88

Placer Propane, 3971 Douglas Blvd., Roseville, CA 95661

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $101.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.89

Platt, P.O. Box 418759, Boston, MA 02241-8759

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $7,697.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.90

Precision Solar Installation, LLC, 75 5th Street NW, Suite 460, Atlanta, GA 30308

**Date or dates debt was incurred**
6/2/2023

**As of the petition filing date, the claim is:**                    $51,567.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.91

Premier Wireless Solutions, Inc., 88 Bonaventura Drive, San Jose, CA 95134

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $15,559.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.92

Produce Pay, 447 S Hewitt St suite b, Los Angeles, CA 90013

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $24,296.71
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Factoring Fees

**Is the claim subject to offset?**
☐ No
☑ Yes

3.93

ProSolarClean LLC, 542 Emerald Park Court, Santa Rosa, CA 95409

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $13,558.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.94

Pure Power Engineering, Inc, 111 River Street, Suite 1110, Hoboken, NJ 07030

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $12,650.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.95

PushPower, LLC, 3034 Gold Canal Drive Suite B, Rancho Cordova, CA 95670

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $21,067.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.96

Quali-T-Ruck Service, Inc., P O Box 10197, Fresno, CA 93745

**Date or dates debt was incurred**
9/19/2023

**As of the petition filing date, the claim is:**                    $1,340.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.97

Raney Geotechnical Inc, 3140 Beacon Boulevard, West Sacramento, CA 95691

**Date or dates debt was incurred**
12/8/2023

**As of the petition filing date, the claim is:**                    $225.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.98

RDO Equipment, 10108 Riverford Road, Lakeside, CA 92040

**Date or dates debt was incurred**
12/22/2023

**As of the petition filing date, the claim is:**                    $3,745.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.99

Rental Guys, 1720 Nord Ave., Chico, CA 95926

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $126.65
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Accrued AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.100

Rexel USA, P O BOX 743448, Los Angeles, CA 90074-3448

**Date or dates debt was incurred**
11/15/2023

**As of the petition filing date, the claim is:**                    $1,938.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.101

RMA Geoscience, Inc., 12223 Highland Avenue, Suite 106-579, Rancho Cucamonga, CA 91736

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $5,995.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.102

Rolls, Anderson & Rolls, 115 Yellowstone Drive, Chico, CA 95973

**Date or dates debt was incurred**
9/15/2023

**As of the petition filing date, the claim is:**                    $4,215.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.103

Schwerd Consulting, LLC, 138 Pleasant Knoll Way, Freehold, NJ 07728

**Date or dates debt was incurred**
8/31/2023

**As of the petition filing date, the claim is:**                    $170.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.104

Self Storage Association Inc., 1901 N Beauregard Street, Suite 106,
Alexandria, VA 22311

**Date or dates debt was incurred**
3/23/2023

As of the petition filing date, the claim is:                    $850.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.105

SepiSolar, Inc., 3070 Osgood Court, Fremont, CA 94539

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                  $6,930.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.106

Shatterproof Agency LLC, P O Box 703254, Dallas, TX 75370-3254

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                  $2,325.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Accrued AP

**Is the claim subject to offset?**
☑ No
☐ Yes

3.107

Shelby's Pest Control Inc, P.O. Box 72, Chico, CA 95927

**Date or dates debt was incurred**
11/15/2023

As of the petition filing date, the claim is:                     $95.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.108**

SolarEdge Technologies Inc., 700 Tasman Drive, Milpitas, CA 95035

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $3,908.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.109**

Solectria Renewables LLC, 2121 Norman Drive S, Waukegan, IL 60085

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,945.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.110**

Statewide Roofing Inc, 1742 Stone Avenue, Suite C, San Jose, CA 95125

**Date or dates debt was incurred**
12/12/2023

As of the petition filing date, the claim is:                    $26,727.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.111**

Steel Ventures, Inc., PO Box 74733, Chicago, IL 60694-74733

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $94,962.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.112**

Suburban Propane LP, PO Box 12027, Fresno, CA 93776-2027

**Date or dates debt was incurred**
1/22/2024

**As of the petition filing date, the claim is:**    $805.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.113**

Sunbelt Rentals Inc, PO BOX 409211, Atlanta, GA 30384-9211

**Date or dates debt was incurred**
11/7/2023

**As of the petition filing date, the claim is:**    $143.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.114**

Sunworks, Inc., 1555 Freedom Blvd., Provo, UT 84604

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Intercompany Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.115**

Terrasmart, Inc., BOX 715005, Cincinnati, OH 45271-5005

**Date or dates debt was incurred**
3/15/2023

**As of the petition filing date, the claim is:**    $34,876.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.116**

Total Service Logistics, Inc., 8331 Valdez Avenue, Sacramento, CA 95828

**Date or dates debt was incurred**
8/31/2023

As of the petition filing date, the claim is:                    $880.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.117**

Toyota Material Handling, P.O. Box 398526, San Francisco, CA 94139-8526

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $846.90
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.118**

UL LLC, 75 Remittance Drive, Suite 1524, Chicago, IL 60675

**Date or dates debt was incurred**
4/11/2023

As of the petition filing date, the claim is:                    $3,300.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.119**

Unified Wine & Grape, P O Box 1855, Davis, CA 95617

**Date or dates debt was incurred**
Various

5/31/2023

As of the petition filing date, the claim is:                    $1,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.120**

United Rentals (North America), Inc., File 51122, Los Angeles, CA 90074

**Date or dates debt was incurred**
1/25/2024

As of the petition filing date, the claim is:                    $416.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.121**

United Site Services Inc., PO BOX 660475, Dallas, TX 75266-0475

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $6,789.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.122**

USA Replacement Auto-Glass Co, 3485 Orange Grove Ave, Suite 3, North Highlands, CA 95660

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $971.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.123**

Veolia ES Technical Solutions, LLC, 28900 Network Place, Chicago, IL 60673-1289

**Date or dates debt was incurred**
9/5/2023

As of the petition filing date, the claim is:                    $390.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.124**

Watsonville Grading & Excavation Inc, 280 Marigold Avenue, Freedom, CA 95019

**Date or dates debt was incurred**
9/22/2023

As of the petition filing date, the claim is: $91,280.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.125**

Wesco-reg, Wesco DBA: Wesco/ KVA/ Modern P.O. Box 31001-0465, Pasadena, CA 91110-0465

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $166,599.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.126**

West Coast Cranes, Inc, 2144 O'Toole Avenue, San Jose, CA 94513

**Date or dates debt was incurred**
10/27/2023

As of the petition filing date, the claim is: $4,334.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.127**

Western Agricultural Processors Association, 1785 N. Fine Avenue, Fresno, CA 93727

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $2,190.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.128**

Wex Bank, P O BOX 4337, Carol Stream, IL 60197-4337

**Date or dates debt was incurred**
8/6/2019

As of the petition filing date, the claim is:                    $13.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129**

White Janitorial, P O BOX 210, Chico, CA 95927

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                   $1,580.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130**

WiZiX Technology Group, Inc., 2014 Taylor Road, Roseville, CA 95678

**Date or dates debt was incurred**
11/22/2023

As of the petition filing date, the claim is:                    $474.84
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131**

X TECHS.SUPPORT, 9172 Greenback Lane, Orangevale, CA 95662

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                   $49,897.62
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.132

Your SolarMate, 2897 Cape Drive, Corona, CA 92882

**Date or dates debt was incurred**
12/31/2023

**As of the petition filing date, the claim is:**                    $1,850.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $2,490,258.00 |
| **5b. Total claims from Part 2** | 5b. | $4,186,618.25 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $6,676,876.25 |

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** Construction Contract | 243 North Meridian, LLC, 520 W Willow Street, Long Beach, CA 90806 |
| **State the term remaining** Unknown | |
| **List the contract number of any government contract** | |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** Construction Contract | 674 VDV, LLC, 674 Via de la Valle, Solana Beach, CA 92075 |
| **State the term remaining** Unknown | |
| **List the contract number of any government contract** | |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** Construction Contract | 1180 Main, LLC c/o Chan Zuerberg Initiative, LLC, 1180 Main Street, Redwood City, CA 94063 |
| **State the term remaining** Unknown | |
| **List the contract number of any government contract** | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | 10855 S Van Allen Road Solar, LLC, 2375 Tropicana Avenue Suite 274, Las Vegas, NV 89119 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | A and R Togninali, 14500 W Highway 4, Stockton, CA 95215 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Abele Farms, LP, 3002 Beacon Blvd, West Sacramento, CA 95691 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Abele Farms, LP, 3002 Beacon Blvd, West Sacramento, CA 95691 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Abele Farms, LP, 3002 Beacon Blvd, West Sacramento, CA 95691 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Administrative Services Agreement | Adrem Insurance Services LLC, 2261 Market Street #4265, San Francisco, CA 94114 |
| | State the term remaining | 12/31/24 | |
| | List the contract number of any government contract | | |

2.10  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

ALG Arvin North LLC, RR 2 Box 299, Delano, CA 93215

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.11  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

ALG Arvin South LLC, RR 2 Box 299, Delano, CA 93215

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.12  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

ALG Arvin South LLC, RR 2 Box 299, Delano, CA 93215

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.13  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

ALG Cold Storage LLC, 501 Richgrove Drive, Richgrove, CA 93261

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.14  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Altura Credit Union, 2847 Campus Parkway, Riverside, CA 92507-0906

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.15  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Amazing Facts International, P O BOX 1058, Roseville, CA 95678

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Cafeteria Plan Agreement | APA Benefits Inc., 8899 South 700 East, Suite 225,Sandy, UT 84070 |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Avenales Cattle Co, P O Box 105, Shandon, CA 93461 |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Bains Highway 99 Store LLC, 4142 Highway 99, Yuba City, CA 98092 |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Bains Highway 99 Store LLC, 4142 Highway 99, Yuba City, CA 98092 |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Bar M Cattle Company, P O BOX 338, Maxwell, CA 95955 |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Barber, Alan, 24969 Hacienda Lane, Santa Clarita, CA 91321 |
|------|------|------|------|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Barrios Farms Inc., 12849 Gorman Lane, Woodland, CA 95695 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Black Stallion-Delicato Family Vineyards, 4089 Silverado Trail, Napa, CA 94558 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Borges Dairy, 8350 Brady Road, Manteca, CA 95337 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Borges Dairy, 8350 Brady Road, Manteca, CA 95337 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Boskovich Farms Inc, 711 Diaz Avenue, Oxnard, CA 93030 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Bright Coastal, 426 17th Street, Suite 700, Oakland, CA 94610 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.28 **State what the contract or lease is for and the nature of the debtor's interest** — Construction Contract — Brown, David, 478 Panama Avenue, Chico, CA 95973

**State the term remaining** — Unknown

**List the contract number of any government contract** —

2.29 **State what the contract or lease is for and the nature of the debtor's interest** — Construction Contract — Bucra - Butte County Rice Growers Assoc, 1193 Richvale Hwy, Richvale, CA 9594

**State the term remaining** — Unknown

**List the contract number of any government contract** —

2.30 **State what the contract or lease is for and the nature of the debtor's interest** — Construction Contract — BUCRA - Butte County Rice Growers Assoc, P O BOX 128, Richvale, CA 95974

**State the term remaining** — Unknown

**List the contract number of any government contract** —

2.31 **State what the contract or lease is for and the nature of the debtor's interest** — Construction Contract — BUCRA - Butte County Rice Growers Assoc, P O BOX 128, Richvale, CA 95974

**State the term remaining** — Unknown

**List the contract number of any government contract** —

2.32 **State what the contract or lease is for and the nature of the debtor's interest** — Construction Contract — Buttonwillow Warehouse Company, 3430 Unicorn Road, Bakersfield, CA 93308

**State the term remaining** — Unknown

**List the contract number of any government contract** —

2.33 **State what the contract or lease is for and the nature of the debtor's interest** — Construction Contract — C2S2 Solar Fund III LLC c/o Sunforce Solutions International, 1910 W Sunset Blvd, Los Angeles, CA 90026

**State the term remaining** — Unknown

**List the contract number of any government contract** —

| | | | |
|---|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | C2S2 Solar Fund III LLC c/o Sunforce Solutions International, 1910 W Sunset Blvd, Los Angeles, CA 90026 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | California Family Foods LLC - Lurline, 1415 Lurline Road, Colusa, CA 95932 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | California Waterfowl Association, 1346 Blue Oaks Blvd, Roseville, CA 95678 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | California Waterfowl Association, 5341 Spreading Oak Lane, El Dorado, CA 95623 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Carol Grigg, 1608 Oak Park Avenue, Chico, CA 95928 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Caster Capitol Storage Partners LP, 4607 Mission Gorge Place, San Diego, CA 92120 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Caster Kearny Mesa Storage Partners, LP, 4607 Mission Gorge Place, San Diego, CA 92120
--- | --- | --- | ---
 | **State the term remaining** | Unknown |
 | **List the contract number of any government contract** | |

2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Caster Storage II LP, 4607 Mission Gorge Place, San Diego, CA 92120
--- | --- | --- | ---
 | **State the term remaining** | Unknown |
 | **List the contract number of any government contract** | |

2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Catalyze Construction, LLC, 6325 Gunpark Drive, Suite C, Boulder, CO 80301
--- | --- | --- | ---
 | **State the term remaining** | Unknown |
 | **List the contract number of any government contract** | |

2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Cathy & Mike Kokoletsos, 6357 Jack Hill Drive, Oroville, CA 0
--- | --- | --- | ---
 | **State the term remaining** | Unknown |
 | **List the contract number of any government contract** | |

2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Cattlemen's, 250 Dutton Avenue, Santa Rosa, CA 95407
--- | --- | --- | ---
 | **State the term remaining** | Unknown |
 | **List the contract number of any government contract** | |

2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Cattlemen's, 250 Dutton Avenue, Santa Rosa, CA 95407
--- | --- | --- | ---
 | **State the term remaining** | Unknown |
 | **List the contract number of any government contract** | |

2.46  **State what the contract**   Construction Contract
      **or lease is for and the**                              CCHF - DAVIS II, LLC, 22144 Clarendon Street, Suite 302, Woodland Hills, CA 91367
      **nature of the debtor's**
      **interest**
      **State the term**            Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.47  **State what the contract**   Construction Contract
      **or lease is for and the**                              Central Coast Maintenance Association, 1645 Trilogy Pkwy, Nipomo, CA 93444
      **nature of the debtor's**
      **interest**
      **State the term**            Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.48  **State what the contract**   Construction Contract
      **or lease is for and the**                              Chamisal Creek, 1167 Cortina School Road, Arbuckle, CA 95912
      **nature of the debtor's**
      **interest**
      **State the term**            Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.49  **State what the contract**   Construction Contract
      **or lease is for and the**                              Chamisal Creek, 1167 Cortina School Road, Arbuckle, CA 95912
      **nature of the debtor's**
      **interest**
      **State the term**            Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.50  **State what the contract**   Construction Contract
      **or lease is for and the**                              CHF-Davis II, LLC, 2 Cooper Street, 141th Floor, Camden, NJ 01802
      **nature of the debtor's**
      **interest**
      **State the term**            Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

2.51  **State what the contract**   Construction Contract
      **or lease is for and the**                              Chris Combs, 8690 Durnel Drive, Durham, CA 95938
      **nature of the debtor's**
      **interest**
      **State the term**            Unknown
      **remaining**
      **List the contract number**
      **of any government**
      **contract**

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Chula Vista Storage LP, 4607 Mission Gorge Place, San Diego, CA 92120 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Cibao Meat Products, 92 Green Pond Road, Rockaway, NJ 7866 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Circle D Farms, Inc., P O BOX 167, Dunnigan, CA 95937 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Citrona Land and Farming, LLC, 36346 County Road 29, Woodland, CA 95695 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | City of Hermosa Beach - Hermosa Beach Community Center, 710 Pier Avenue, Hermosa Beach, CA 90254 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | City of Hermosa Beach, 710 Pier Avenue, Hermosa Beach, CA 90254 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.58 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   City of West Sacramento Attn: Ana Cortez, Public Works Manag, 1110 West Capitol Avenue, West Sacramento, CA 95691

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.59 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Clayton Goodman, 8581 Bigelow Road, Live Oak, CA 95953

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.60 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Clayton Goodman, 8581 Bigelow Road, Live Oak, CA 95953

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.61 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Coast Energy DevCo, LLC, 840 Apollo Street, Suite 351, El Segundo, CA 90245

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.62 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Coast Energy DevCo, LLC, 840 Apollo Street, Suite 351, El Segundo, CA 90245

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.63 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Coast Energy DevCo, LLC, 840 Apollo Street, Suite 351, El Segundo, CA 90245

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.64  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Coast Energy DevCo, LLC, 840 Apollo Suite 351, El Segundo, CA 90245

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.65  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Colusa Rice, 2889 Niagara Avenue, Colusa, CA 95932

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.66  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Colusa Rice, 2889 Niagara Avenue, Colusa, CA 95932

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.67  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Colusa Rice, 2889 Niagara Avenue, Colusa, CA 95932

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.68  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Colusa Unified School District, 745 10th Street, Colusa, CA 95932

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.69  **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Commerce Printing, 300 N 12th Street, Sacramento, CA 95811

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Commerce Printing, 320 N 12th Street, Sacramento, CA 95811 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Conaway, 1296 E Gibson Road Suite A-361, Woodland, CA 95776 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Conaway, 1296 E Gibson Road, Ste A-361, Woodland, CA 95776 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Conaway, 45332 County Road 25, Woodland, CA 95776 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Conaway, 45332 County Road 25, Woodland, CA 95776 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Concord Storage Partners LP, 4607 Mission Gorge Place, San Diego, CA 92120 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

2.76  **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

Congregation Beth Am, 26790 Arastradero Road, Los Altos Hills, CA 94022

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.77  **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

Conrad N Hilton Foundation, 30440 Agoura Road, Agoura Hills, CA 91301

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.78  **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

Cortina Hulling & Shelling, LLC, 1833 Evans Road, Williams, CA 95987

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.79  **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

Cortina Hulling & Shelling, LLC, 1833 Evans Road, Williams, CA 95987

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.80  **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

CP Grass Valley LLC, 3001 Lava Ridge Court, Suite 220, Roseville, CA 95661

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.81  **State what the contract or lease is for and the nature of the debtor's interest**  Construction Contract

Crane Cattle, P O Box 2327, Merced, CA 95344

**State the term remaining**  Unknown

**List the contract number of any government contract**

2.82 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Crane Orchards, P O Box 2327, Merced, CA 95344

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.83 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Creekside Village Asset Partners, LP, 5176 Covenant Court, Loomis, CA 95650

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.84 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Dan Nichols, 82 Lariat Loop, Oroville, CA 95966

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.85 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Daniel & Christine Mahoney, Trustees, Mahoney 2005 Family Tr, 7940 Emigh Road, Rio Vista, CA 94571

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.86 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Daniel & Christine Mahoney, Trustees, Mahoney 2005 Family Tr, 7940 Emigh Road, Rio Vista, CA 94571

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.87 **State what the contract or lease is for and the nature of the debtor's interest**

Delta Dental PPOSM Group Dental Service Contract as amended

Delta Dental of California, 100 First Street, San Francisco, CA 94105

**State the term remaining**

12/31/2024

**List the contract number of any government contract**

2.88 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Desert Valleys Federal Credit Union Attn: Eric Bruen, 100 East Ward Avenue, Ridgecrest, CA 93555

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.89 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Desert Valleys Federal Credit Union Attn: Eric Bruen, P O Box 367, Ridgecrest, CA 93556

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.90 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Devalentine, Bob, 2632 Kempton Road, Rio Oso, CA 95674

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.91 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Dolan Refuge LLC, 8167 Alpine Avenue, STE E, Sacramento, CA 95826

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.92 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Domaine Chandon, Inc., 1 California Drive, Yountville, CA 94599

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.93 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Domaine Chandon, Inc., 1 California Drive, Yountville, CA 94599

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.94 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Domaine Chandon, Inc., 1 California Drive, Yountville, CA 94599

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.95 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Domaine Chandon, Inc., 1 California Drive, Yountville, CA 94599

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.96 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Donati Ranch Inc, 1908 Highway 70, Oroville, CA 95965

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.97 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Doug Rathbun, 25030 4th Avenue, Los Molinos, CA

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.98 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Doug Rudd, 10875 N Butte Road, Live Oak, CA 95953

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.99 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Dufour Siding LLC, 12410 Road 99W, Woodland, CA 95695

**State the term remaining**

Unknown

**List the contract number of any government contract**

| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Dufour Siding LLC, 12410 Road 99W, Woodland, CA 95695 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Durham Unified School District, 9420 Putney Street, Durham, CA 95938 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Dutra Farms Inc, 5496 W Ripon Road, Manteca, CA 95337 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Dutra Farms Inc, 5496 W Ripon Road, Manteca, CA 95337 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Dykxhoorn Farms, LLC, 10774 Carrolton Road, Escalon, CA 95320 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Dynamic Ag Inc, 3405 Lincoln Road, Yuba City, CA 95993 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.106 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Eagle's Nest Harley-Davidson, 13900 South Harlan Road, Lathrop, CA 95330

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.107 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Eight In One, 1104 Richland Road, Yuba City, CA 95991

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.108 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Ellwood Ranch, Inc., 1300 Ellwood Ranch Road, Goleta, CA 93117

**State the term remaining**

Unknown

**List the contract number of any government contract**

---

2.109 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 6700436

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**

7/10/2027

**List the contract number of any government contract**

---

2.110 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 670466

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**

7/10/2027

**List the contract number of any government contract**

---

2.111 **State what the contract or lease is for and the nature of the debtor's interest**

Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 6807355

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

**State the term remaining**

11/27/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 6807751 |
| | **State the term remaining** | 11/8/2025 |
| | **List the contract number of any government contract** | |

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

| | | |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 6873588 |
| | **State the term remaining** | 3/22/2027 |
| | **List the contract number of any government contract** | |

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

| | | |
|---|---|---|
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule - 6925006 |
| | **State the term remaining** | 7/10/2027 |
| | **List the contract number of any government contract** | |

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

| | | |
|---|---|---|
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Equity Lease Agreement - Open - End (Equity) Lease Schedule -6830917 |
| | **State the term remaining** | 11/27/2025 |
| | **List the contract number of any government contract** | |

Enterprise FM Trust, Attn: Customer Billing , PO BOX 800089, Kansas City , MO 64180-0089

| | | |
|---|---|---|
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Confidential Offer of Employment |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Erik Amos, 450 N. Arlington Ave. Unit 609, Reno, NV 89503

| | | |
|---|---|---|
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

Exposition Blvd, LLC, 3005 Douglas Blvd Suite 130, Roseville, CA 95661

| | | |
|---|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Ezequiel Tafoya Alvarado Academy (ETAA), 26247 Ellis Street, Madera, CA 93638 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Fairfield MOB, LLC, 425 Seventh Street, NE, Charlottesville, VA 22902 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Farmers International Inc, 7907 County Road 24, Orland, CA 95963 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Farmers International Inc, 7907 County Road 24, Orland, CA 95963 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | First United Methodist Church of Yuba City, 3101 Colusa Highway, Yuba City, CA 95993 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Foothill Meat Company, 3311 Foothill Blvd, Oroville, CA 95966 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

2.124   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Foothills Warehouse, 2005 Husted Road, Williams, CA 95987
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.125   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street #725, San
        **nature of the debtor's**                                           Francisco, CA 94104
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.126   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
        **nature of the debtor's**                                           Francisco, CA 94104
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.127   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
        **nature of the debtor's**                                           Francisco, CA 94104
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.128   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
        **nature of the debtor's**                                           Francisco, CA 94104
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.129   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
        **nature of the debtor's**                                           Francisco, CA 94104
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.130  **State what the contract**          Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                                           Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
       **interest**                                                                         Francisco, CA 94104
       **State the term**                   Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.131  **State what the contract**          Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                                           Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
       **interest**                                                                         Francisco, CA 94104
       **State the term**                   Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.132  **State what the contract**          Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                                           Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
       **interest**                                                                         Francisco, CA 94104
       **State the term**                   Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.133  **State what the contract**          Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                                           Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
       **interest**                                                                         Francisco, CA 94104
       **State the term**                   Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.134  **State what the contract**          Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                                           Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
       **interest**                                                                         Francisco, CA 94104
       **State the term**                   Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.135  **State what the contract**          Construction Contract
       **or lease is for and the**
       **nature of the debtor's**                                                           Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
       **interest**                                                                         Francisco, CA 94104
       **State the term**                   Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.136   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
        **nature of the debtor's**                                           Francisco, CA 94104
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.137   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
        **nature of the debtor's**                                           Francisco, CA 94104
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.138   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
        **nature of the debtor's**                                           Francisco, CA 94104
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.139   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
        **nature of the debtor's**                                           Francisco, CA 94104
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.140   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Forefront Power LLC/FFP BTM Solar, LLC, 100 Montgomery Street, Suite 725, San
        **nature of the debtor's**                                           Francisco, CA 94104
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.141   **State what the contract**     Construction Contract
        **or lease is for and the**                                          French Camp Self Storage, 11374 E French Camp Road, Manteca, CA 95336
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.142   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract

Frontier Ag Co, Inc., 46735 County Rd 32B, Davis, CA 95618

**State the term remaining**     Unknown

**List the contract number of any government contract**

2.143   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract

Frontier Ag Co, Inc., 46735 County Road 32B, Davis, CA 95618

**State the term remaining**     Unknown

**List the contract number of any government contract**

2.144   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract

Fruition Sales, P O BOX 546, Reedley, CA 93654

**State the term remaining**     Unknown

**List the contract number of any government contract**

2.145   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract

G & L Rominger, LLC, 7016 Harrington Avenue, Arbuckle, CA 95912

**State the term remaining**     Unknown

**List the contract number of any government contract**

2.146   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract

Glenn Growers, 8020 County Road 61, Princeton, CA 95970

**State the term remaining**     Unknown

**List the contract number of any government contract**

2.147   **State what the contract or lease is for and the nature of the debtor's interest**     Construction Contract

Gong, Stephen, 2580 Spyglass Drive, Pismo Beach, CA 93449

**State the term remaining**     Unknown

**List the contract number of any government contract**

2.148
State what the contract or lease is for and the nature of the debtor's interest

Construction Contract

Gravenstein Union School District, 3840 Twig AVenue, Sebastapol, CA 95472

State the term remaining

Unknown

List the contract number of any government contract

2.149
State what the contract or lease is for and the nature of the debtor's interest

Construction Contract

Greenskies Clean Energy LLC, 127 Washington Avenue, West Building, Garden Level, North Haven, CT 6473

State the term remaining

Unknown

List the contract number of any government contract

2.150
State what the contract or lease is for and the nature of the debtor's interest

Construction Contract

Grindstone Wines LLC & Chamisal Creek, 12700 County Rd 89, Esparto, CA 95627

State the term remaining

Unknown

List the contract number of any government contract

2.151
State what the contract or lease is for and the nature of the debtor's interest

Construction Contract

Grow West Inc, 1002 North East Street, Woodland, CA 95777

State the term remaining

Unknown

List the contract number of any government contract

2.152
State what the contract or lease is for and the nature of the debtor's interest

Construction Contract

Ha Chung Property LLC, 14075 E 14th Street, San Leandro, CA 94578

State the term remaining

Unknown

List the contract number of any government contract

2.153
State what the contract or lease is for and the nature of the debtor's interest

Construction Contract

Harbor Distributing, LLC dba Golden Brand, 12135 Business Park Drive, Truckee, CA 96161

State the term remaining

Unknown

List the contract number of any government contract

2.154 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Hawk Ranch, 25 Sacramento Avenue, Yuba City, CA 95991

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.155 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Hays, Anne, 2005 Isaac James Avenue, Chico, CA 95928

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.156 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Hearth Ridge House LLC, 7 Country Way, Hopkinton, MA 1748

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.157 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Henderson Farms Inc., 7069 Eddy Road, Arbuckle, CA 95912

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.158 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Hermle Farms, A Partnership, P O BOX 176, Zamora, CA 95698

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.159 **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract   Hermle Farms, A Partnership, P O BOX 176, Zamora, CA 95698

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.160   **State what the contract**   Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                      Hermle Farms, A Partnership, P O BOX 176, Zamora, CA 95698
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.161   **State what the contract**   Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                      Hermle Farms, A Partnership, P O BOX 176, Zamora, CA 95698
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.162   **State what the contract**   Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                      Hermle Farms, A Partnership, P O BOX 176, Zamora, CA 95698
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.163   **State what the contract**   Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                      Hermle Farms, A Partnership, P O BOX 176, Zamora, CA 95698
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.164   **State what the contract**   Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                      Hermle Farms, A Partnership, P O BOX 176, Zamora, CA 95698
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.165   **State what the contract**   Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                      Hoblit Chrysler Dodge Jeep Ram, 1970 Hays Lane, Woodland, CA 95695
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.166   **State what the contract**   Construction Contract
        **or lease is for and the**                                  Hoblit Chrysler Dodge Jeep Ram, 1970 Hays Lane, Woodland, CA 95695
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.167   **State what the contract**   Construction Contract
        **or lease is for and the**                                  Hood Farm LLC, 2600 Kitty Hawk Road #107, Livermore, CA 94551
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.168   **State what the contract**   Construction Contract
        **or lease is for and the**                                  Hope Services - Las Colinas Project, 30 Las Colinas Lane, San Jose, CA 95119
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.169   **State what the contract**   Construction Contract
        **or lease is for and the**                                  Innovative Produce, P O Box 1952, Santa Maria, CA 93456
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.170   **State what the contract**   Construction Contract
        **or lease is for and the**                                  IPS Solar Company, Inc., 5000 East 2nd Street, Suite G, Benicia, CA 94510
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.171   **State what the contract**   Construction Contract
        **or lease is for and the**                                  JAFW Vineyards, LLC, 33939 Jefferson Blvd, Clarksburg, CA 95612
        **nature of the debtor's**
        **interest**
        **State the term**            Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.172   **State what the contract**    Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                    Jared Mathis, 27551 Boothill Court, Laguna Hills, CA 92653
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.173   **State what the contract**    Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                    JEM Farms, L.P., a Limited Partnership, 356 Jem Road, Oroville, CA 95965
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.174   **State what the contract**    Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                    JEM Farms, L.P., a Limited Partnership, 356 Jem Road, Oroville, CA 95965
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.175   **State what the contract**    Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                    Joe Martinez Orchards, LLC, 9505 Martinez Lane, Winters, CA 95694
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.176   **State what the contract**    Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                    John H Erickson, 6949 County Road 25, Orland, CA 95963
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.177   **State what the contract**    Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                    John H Erickson, 6949 County road 25, Orland, CA 95963
        **interest**
        **State the term**             Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Jojoba Hills SKP RV Resort, Inc, 45120 Highway 79, Aguanga, CA 92536 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Jordan Energy & Food Enterprises, LLC, 165 Joran Road, Troy, NY 12180 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | Evidence of Coverage - Deductible HMO Plan | Kaiser Foundation Health Plan, Inc., 393 E Walnut St,Pasadena, CA 91118 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | Evidence of Coverage - HSA-Qualified High Deductible Health Plan ("HDHP") HMO | Kaiser Foundation Health Plan, Inc., 393 E Walnut St,Pasadena, CA 91118 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Kats Family Trust, 320 West Court Street, Woodland, CA 95695 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Kingston Technology Company, Inc., 17600 Newhope Street, Fountain Valley, CA 92708 |
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.184   **State what the contract**      Construction Contract                Lake Forrest Storage LP, 4607 Mission Gorge Place, San Diego, CA 92120
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.185   **State what the contract**      Construction Contract                Lakehills Church dba District Church, 7000 Rossmore Lane, El Dorado Hills, CA
        **or lease is for and the**                                           92762
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.186   **State what the contract**      Construction Contract                Larratt Farms LLC, 944 Terminal Way, San Carlos, CA 94070
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.187   **State what the contract**      Construction Contract                Les Schwab Headquarters, 20900 Cooley Road, Bend, OR 97701
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.188   **State what the contract**      Construction Contract                Lima Ranch, 4895 W Kingdom Road, Lodi, CA 95242
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.189   **State what the contract**      Construction Contract                Lima Ranch, 4898 W Kingdon Road, Lodi, CA 95242
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Lincoln Crossing Community Association, 830 Groveland Lane, Lincoln, CA 95648 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Lincoln Hills Golf Club, 1005 Sun City Lane #7804, Lincoln, CA 95648 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Lithia Honolulu-F LLC dba Honolulu Ford, 150 N Bartlett Street, Medford, OR 97501 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Live Oak Gun Club, LLC, 14499 W Butte Road, Live Oak, CA 95953 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | LTI Uxbridge Stanley LP c/o Deane Redevelopment, 120 Fulton Street, Boston, MA 2019 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Lucerne Valley Unified School District, 8560 Aliento Road, Lucerne Valley, CA 92356 |
| | **State the term remaining** | Unknown | |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | M & D Investment Holdings LLC, 20525 Walnut Street, Red Bluff, CA 96080 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | M & R LaGrande, P O BOX 370, Williams, CA 95987 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | M & S Farms, 2955 Fruitland Road, Loma Rica, CA 95901 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Malloy, Leslie, 621 Groveview Lane, La Canada Flintridge, CA 91011 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Marion Mathis, 3707 Mills Orchard Road, Maxwell, CA 95955 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Matt LaGrande, P O Box 820, Williams, CA 95987 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

2.202   **State what the contract**      Construction Contract
        **or lease is for and the**                                          Maxville Wines, 4105 Chiles Pope Valley Road, Saint Helena, CA 94574
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.203   **State what the contract**      Construction Contract
        **or lease is for and the**                                          MBL & SONS, INC., 954 Hampswood Way, San Jose, CA 95112
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.204   **State what the contract**      Construction Contract
        **or lease is for and the**                                          Meek & Sons, 22075 CR 9, Woodland, CA 95695
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.205   **State what the contract**      Construction Contract
        **or lease is for and the**                                          Menezes Bros. Inc, 100 Canyon Way, Sparks, NV 89434
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.206   **State what the contract**      Construction Contract
        **or lease is for and the**                                          Merced Estates Asset Partners LP, P O Box 2308, Laguna Hills, CA 92654
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.207   **State what the contract**      Group Vision Policy
        **or lease is for and the**                                          Metropolitan Life Insurance Company, 200 Park Ave, New York, NY 10166
        **nature of the debtor's**
        **interest**
        **State the term**               12/31/2026
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.208  **State what the contract**   Construction Contract        Modern Building, Inc., P O Box 772, Chico, CA 95927
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.209  **State what the contract**   Construction Contract        Mumma Brothers, 7645 Mumma Road, Arbuckle, CA 95912
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.210  **State what the contract**   Construction Contract        Naumes Inc., 3792 Feather River Blvd, Olivehurst, CA 0
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.211  **State what the contract**   Construction Contract        Neve Brothers, 2645 Bodega Avenue, Petaluma, CA 94952
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.212  **State what the contract**   Construction Contract        Neve Brothers, 2645 Bodega Avenue, Petaluma, CA 94952
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.213  **State what the contract**   Construction Contract        New Hope Missionary Baptist Church, 5640 Lincoln Blvd, Oroville, CA 95966
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**            Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.214 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Nobell Energy Solutions, LLC, 2045 E Tahquitz Canyon Way, Palm Springs, CA 92262
| State the term remaining | Unknown |
| List the contract number of any government contract | |

2.215 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Nor Cal Nut, Inc, PO BOX 177, Arbuckle, CA 95912
| State the term remaining | Unknown |
| List the contract number of any government contract | |

2.216 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | North State Leasing Co Inc, 4587 Wilson Landing Road, Chico, CA 95973
| State the term remaining | Unknown |
| List the contract number of any government contract | |

2.217 | State what the contract or lease is for and the nature of the debtor's interest | Group Application and the Employer Benefits Program Terms | Norton - Life Lock, 60 East Rio Salado Parkway, Suite 1000, Tempe, AZ 85281
| State the term remaining | Auto-Renewal Annually |
| List the contract number of any government contract | |

2.218 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Oakhill Properties I, LLC, 5176 Covenant Court, Loomis, CA 95650
| State the term remaining | Unknown |
| List the contract number of any government contract | |

2.219 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Oroville Unified High School District, 2211 Washington Avenue, Oroville, CA 95966
| State the term remaining | Unknown |
| List the contract number of any government contract | |

2.220  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Parker Hannifin Corporation Bioscience & Water Filtration, 2340 Eastman Avenue, Oxnard, CA 93030

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.221  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Pearson Ranch, 3936 Danley Road, Maxwell, CA 95955

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.222  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Pivot Energy Renewable Services LLC, 1601 Wewatta Street, Suite 700, Denver, CO 80202

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.223  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Pivot Energy Renewable Services LLC, 1601 Wewatta Street, Sute 700, Denver, CO 80202

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.224  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Placerville Self Storage, 1066 Locust Avenue, Placerville, CA 95667

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.225  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Plenteous Harvest LLC, 2600 Kitty Hawk Road #107, Livermore, CA 94551

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.226   **State what the contract**        Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                        Plumas Lake Golf Club Investors LLC, P O BOX 788, Chowchilla, CA 93610
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.227   **State what the contract**        Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                        Plumas Mutual Water Company, 1001 Feather River Blvd, Plumas Lake, CA 95961
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.228   **State what the contract**        Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                        Plumas Mutual Water Company, P O Box 225, Yuba City, CA 95991
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.229   **State what the contract**        Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                        Plumas Mutual Water Company, P O Box 225, Yuba City, CA 95991
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.230   **State what the contract**        Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                        Podesta, 7367 E Mariposa Road, Stockton, CA 0
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.231   **State what the contract**        Construction Contract
        **or lease is for and the**
        **nature of the debtor's**                                        Project Ovis LLC, 850 Round Mountain Road, Clearlake Oaks, CA 95453
        **interest**
        **State the term**                 Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.232   **State what the contract**        Construction Contract            Quality Development & Construction Inc., 17701 Cowan Avenue, Suite 200, Irvine, CA
        **or lease is for and the**                                        92614
        **nature of the debtor's**
        **interest**
        **State the term**                  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.233   **State what the contract**        Construction Contract            Quaresma, 26290 S Union Road, Manteca, CA 0
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.234   **State what the contract**        Construction Contract            Ray Morgan, 3131 Esplanade, Chico, CA 0
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.235   **State what the contract**        Construction Contract            Reamer Farms Inc., 33939 Jefferson Blvd, Clarksburg, CA 95612
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.236   **State what the contract**        Construction Contract            Reamer Farms Inc., 33939 Jefferson Blvd, Clarksburg, CA 95612
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.237   **State what the contract**        Construction Contract            Reamer Farms Inc., 33939 Jefferson Blvd, Clarksburg, CA 95612
        **or lease is for and the**
        **nature of the debtor's**
        **interest**
        **State the term**                  Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.238   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Reamer Farms Inc., 33939 Jefferson Blvd, Clarksburg, CA 95612
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.239   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Reamer Farms Inc., 33939 Jefferson Blvd, Clarksburg, CA 95612
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.240   **State what the contract**     Construction Contract
        **or lease is for and the**                                          Reclamation District No 108, 975 Wilson Bend Road, Grimes, CA 95950
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.241   **State what the contract**     Accident, Critical Illness, Hospital Confinement
        **or lease is for and the**     Indemnity Insurance Application              ReliaStar Life Insurance Company, PO Box 122,Minneapolis, MN 55440-0122
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.242   **State what the contract**     Administration Agreement
        **or lease is for and the**                                          ReliaStar Life Insurance Company, PO Box 122,Minneapolis, MN 55440-0122
        **nature of the debtor's**
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

2.243   **State what the contract**     Basic,Supplemental and Supplemental
        **or lease is for and the**     Dependent Life Insurance and AD&D Policy    ReliaStar Life Insurance Company, PO Box 122,Minneapolis, MN 55440-0122
        **nature of the debtor's**      Application
        **interest**
        **State the term**              Unknown
        **remaining**
        **List the contract number**
        **of any government**
        **contract**

| | | |
|---|---|---|
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest** | Short Term Disability Insurance Policy |
| | | ReliaStar Life Insurance Company, PO Box 122,Minneapolis, MN 55440-0122 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Ridgetop Warehouse, 5520 Loretz Road, Willows, CA 0 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Ridgeview Asset Partners, 5176 Covenant Court, Loomis, CA 95650 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Righetti Enterprises, LLC, 1627 East Channel Street, Stockton, CA 95205 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Rio Viento Vineyards, LLC, 33939 Jefferson Blvd, Clarksburg, CA 95612 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract |
| | | Robot Appreciation Society, LLC, 22474 County Road 100A, Woodland, CA 95776 |
| | **State the term remaining** | Unknown |
| | **List the contract number of any government contract** | |

2.250 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rocketship Delta Prep, 2350 Twin Dolphin Drive, Suite 109, Redwood City, CA 94065

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.251 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rominger Brothers Farms Inc, 28800 County Rd 29, Winters, CA 95694

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.252 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rominger Brothers Farms Inc, 28800 County Road 29, Winters, CA 95694

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.253 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rosedale Village Holdings, LLC, 13901 Rosedale Hwy, Bakersfield CA 93314

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.254 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Rosedale Village Holdings, LLC, 13901 Rosedale Hwy, Bakersfield, CA 93314

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.255 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Royal Coach Asset Partners, LLC, P O Box 2302, Laguna Hills, CA 92654

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.256  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Ryan Smith, 2581A Shirland Tract Road, Auburn, CA 95603

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.257  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Scully Packing, P O Box 620, Finley, CA 95435

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.258  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Shannon Ridge Inc, 4350 Thomas Drive, Lakeport, CA 95453

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.259  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Sib Fedora, 1534 Mawson Road, Meridian, CA 95957

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.260  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Sierra Central Credit Union, 1351 Harter Parkway, Yuba City, CA 95993

**State the term remaining**   Unknown

**List the contract number of any government contract**

2.261  **State what the contract or lease is for and the nature of the debtor's interest**   Construction Contract

Simon Veterinary Surgical, 316 W Ellis Avenue, Inglewood, CA 90302

**State the term remaining**   Unknown

**List the contract number of any government contract**

| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Southern Cross Dairy, 26509 Lerdo Highway, Buttonwillow, CA 93206 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Southern Cross Dairy, 26509 Lerdo Highway, Buttonwillow, CA 93206 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | State Theatre Arts Guild, Inc, P O Box 2388, Oroville, CA 95965 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Steve Tarke, 9433 West Butte Road, Live Oak, CA 95953 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Sun Valley Rice, LLC, 2005 Husted Road, Williams, CA 95987 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract | Sun Valley Rice, LLC, 7050 Eddy Road, Arbuckle, CA 95912 |
|---|---|---|---|
| | State the term remaining | Unknown | |
| | List the contract number of any government contract | | |

2.268   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**    Construction Contract    Sun Valley Rice, LLC, 7050 Eddy Road, Arbuckle, CA 95912
        **State the term
        remaining**    Unknown
        **List the contract number
        of any government
        contract**

2.269   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**    Construction Contract    Sun Valley Rice, LLC, 7050 Eddy Road, Arbuckle, CA 95912
        **State the term
        remaining**    Unknown
        **List the contract number
        of any government
        contract**

2.270   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**    Construction Contract    Sun Valley Rice, LLC, 7050 Eddy Road, Arbuckle, CA 95912
        **State the term
        remaining**    Unknown
        **List the contract number
        of any government
        contract**

2.271   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**    Construction Contract    Sun Valley Rice, LLC, 7050 Eddy Road, Arbuckle, CA 95912
        **State the term
        remaining**    Unknown
        **List the contract number
        of any government
        contract**

2.272   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**    Construction Contract    Sun World International, LLC, 28994 Gromer Avenue, Wasco, CA 93280
        **State the term
        remaining**    Unknown
        **List the contract number
        of any government
        contract**

2.273   **State what the contract
        or lease is for and the
        nature of the debtor's
        interest**    Construction Contract    Sunrise Palace, Inc., 610 Orange Drive, Vacaville, CA 95687
        **State the term
        remaining**    Unknown
        **List the contract number
        of any government
        contract**

2.274 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sunview Marketing International dba Sunview Dried Fruit&Nut, 1998 Road 152, Delano, CA 93215

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.275 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sunwealth LLC, 2067 Massachusetts Avenue, Suite 540, Cambridge, MA 2140

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.276 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sunwealth LLC, 2067 Massachusetts Avenue, Suite 540, Cambridge, MA 2140

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.277 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Superior Farms, 7390 Rio Dixon Road, Dixon, CA 0

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.278 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sutter Rice, P O BOX 101, Sutter, CA 95982

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.279 **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Sutton Brothers, P O BOX 149, Maxwell, CA 95955

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.280  **State what the contract**    Construction Contract         T&C McIsaac Investments FLP, 6399 County Road 30, Davis, CA 95616
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.281  **State what the contract**    Construction Contract         T&P-86&89, King & Manor Roads, Williams, CA 0
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.282  **State what the contract**    Construction Contract         Tarke Brothers Estate, LLC, P O Box 610, Sutter, CA 95982-610
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.283  **State what the contract**    Construction Contract         Terkildsen Ranch, LLC, 1526 Rialto Lane, Davis, CA 95618
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.284  **State what the contract**    Construction Contract         Terry Williams Farming Inc, P O BOX 247, Richvale, CA 95974
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.285  **State what the contract**    Construction Contract         The Arnold and Maureen Andreotti Family Trust, P O Box 298, Colusa, CA 95932
       **or lease is for and the**
       **nature of the debtor's**
       **interest**
       **State the term**             Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.286   **State what the contract**      Construction Contract_____
        **or lease is for and the**                                                The Roseville Station, 1300 East Roseville Pkwy, Roseville, CA 95661
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.287   **State what the contract**      Construction Contract_____
        **or lease is for and the**                                                The Sun Farmer's Group, a Florida LLC, 13 South Palafox Place Suite 200-7,
        **nature of the debtor's**                                                 Pensecola, FL 32502
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.288   **State what the contract**      Construction Contract_____
        **or lease is for and the**                                                The Sun Farmer's Group, a Florida LLC, 13 South Palafox Place Suite 200-7,
        **nature of the debtor's**                                                 Pensecola, FL 32502
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.289   **State what the contract**      Construction Contract_____
        **or lease is for and the**                                                The Tremont Group, Inc. dba TSI Dixon, 201 East Street, Woodland, CA 95776
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.290   **State what the contract**      Construction Contract_____
        **or lease is for and the**                                                The Tremont Group, Inc., 201 East Street, Woodland, CA 95776
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.291   **State what the contract**      Construction Contract_____
        **or lease is for and the**                                                Thomas Heier, 5440 East Butte Road, Live Oak, CA 95953
        **nature of the debtor's**
        **interest**
        **State the term**               Unknown_____
        **remaining**
        **List the contract number**     _____
        **of any government**
        **contract**

2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Tim Doherty, 28600 Count Road 7A, Dunnigan, CA 95937
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Tom Dixon, 180 Marybill Ranch Road, Chico, CA 95928
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Tomken Development LLC, 4944 Windplay Drive, El Dorado Hills, CA 95762
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Tony Bruschi, P O Box 844, Oroville, CA 95065
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Transfer Flow, 1444 Fortress Street, Chico, CA 95973
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Valley Sod Farm, 3725 W Teco Avenue, Suite #9, Las Vegas, NV 89118
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

**2.298** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Van Dyke Brothers, 4120 Pleasant Grove Road, Pleasant Grove, CA 95668

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.299** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Van Dyke Brothers, P O BOX 767, Pleasant Grove, CA 95668

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.300** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Van Dyke Brothers, P O Box 767, Pleasant Grove, CA 95668

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.301** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Vann Family LLC, 365 Ruggieri Way, Williams, CA 95987

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.302** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

VIAIR Corporation, 15 Edelman, Irvine, CA 92618

**State the term remaining**

Unknown

**List the contract number of any government contract**

**2.303** **State what the contract or lease is for and the nature of the debtor's interest**

Construction Contract

Virginia Van Dyke, P O BOX 399, Wheatland, CA 95692

**State the term remaining**

Unknown

**List the contract number of any government contract**

2.304  **State what the contract**      Construction Contract
       **or lease is for and the**                                              West Almanor Mutual Water Co, 283 Main Street, Chester, CA 96020
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.305  **State what the contract**      Construction Contract
       **or lease is for and the**                                              Westlake Plaza Center East-II, LLC, 770 Paseo Camarillo, Suite 315, Camarillo, CA
       **nature of the debtor's**                                               93010
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.306  **State what the contract**      Construction Contract
       **or lease is for and the**                                              Wilbur Ellis Company LLC (ACIP), 21735 Wilcox Road, Red Bluff, CA 96080
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.307  **State what the contract**      Construction Contract
       **or lease is for and the**                                              Wilbur Packing Company, 1591 Pease Road, Yuba City, CA 95993
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.308  **State what the contract**      Construction Contract
       **or lease is for and the**                                              Wilbur-Ellis Company, 345 California Street, 27th Floor, San Francisco, CA 94104
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.309  **State what the contract**      Construction Contract
       **or lease is for and the**                                              Wilbur-Ellis Company, 345 California Street, 27th Floor, San Francisco, CA 94104
       **nature of the debtor's**
       **interest**
       **State the term**               Unknown
       **remaining**
       **List the contract number**
       **of any government**
       **contract**

2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Wilbur-Ellis Company, 345 California Street, 27th Floor, San Francisco, CA 94104
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Wilbur-Ellis Company, 345 California Street, 27th Floor, San Francisco, CA 94104
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Wilbur-Ellis Company, 345 California Street, 27th Floor, San Francisco, CA 94104
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Wilbur-Ellis Company, 345 California Street, 27th Floor, San Francisco, CA 94104
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | Wong, Darlene, 3083 Montbretia Way, San Ramon, CA 94582
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract | WS Management, Inc., 20 Advantage Court, Sacramento, CA 95834
| **State the term remaining** | Unknown |
| **List the contract number of any government contract** | |

☐ **Check if this is an amended filing**

Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 | | | ☐ D |
| | | | ☐ E/F |
| | | | ☐ G |

Fill in this information to identify the case:

Debtor name    Commercial Solar Energy Inc.

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 5, 2024     X _____
                                       Signature of individual signing on behalf of debtor

                                       Mark Trout
                                       Printed name

                                       Chief Executive Officer
                                       Position or relationship to debtor