**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 7 |
| SUNWORKS, INC., | ) |
| Debtor. | ) Case No.   24-10215 |
|  | ) |

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 7 |
| SOLCIUS, LLC., | ) |
| Debtor. | ) Case No.   24-10216 |
|  | ) |

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 7 |
| COMMERCIAL SOLAR ENERGY, INC. | ) |
| Debtor. | ) Case No.   24-10217 |
|  | ) |

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 7 |
| SUNWORKS UNITED INC. | ) |
| Debtor. | ) Case No.   24-10218 |
|  | ) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

# INTRODUCTION

The Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") filed by Sunworks, Inc and its debtor affiliates, as debtors in the above-captioned cases (collectively, the "Debtors"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") were prepared pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. 101 – 1532 (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1007 by the Debtors' management. They are unaudited.

While the members of management responsible for the preparation of the Schedules and Statements have made a reasonable effort to ensure that the Schedules and Statements are accurate and complete based on information known to them at the time of preparation and after reasonable inquiries, inadvertent errors may exist, inaccuracies within the Debtors' books and records which were relied upon may exist, and/or the subsequent receipt of information may result in material changes to financial and other data contained in the Schedules and Statements that may warrant amendment of the same. Moreover, because the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete or accurate.

These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtors' Schedules and Statements (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of, the Debtors' Schedules and Statements. In the event of any inconsistency between the Global Notes and the Schedules and Statements, the Global Notes shall control and govern.

The Schedules and Statements have been signed by Mark Trout, the Chief Executive Officer of the Debtors. In reviewing and signing the Schedules and Statements, he relied upon the efforts, statements and representations of the Debtors' other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

## GLOBAL NOTES REGARDING SCHEDULES & STATEMENTS

1. **Description of the Chapter 7 Cases**. On February 5, 2024 (the "Petition Date"), the Debtors commenced voluntary cases under chapter 7 of the Bankruptcy Code (collectively, the "Chapter 7 Cases").

2. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and

Statements is intended to be, nor should it be construed as, a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 7 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a) **No Admission.** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b) **Recharacterization**. The Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(c) **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d) **Claims Description**. Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

(e) **Estimates and Assumptions**. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in estimates or assumptions.

(f) **Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(g) **Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

(h) **Insiders**. For purposes of the Schedules and Statements, the Debtors included information with respect to a range of individuals the Debtors believe could be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods, including the following: (i) current and former members of the Debtors' Board of Directors; (ii) employees that are, or were during the relevant period, officers; and (iii) Debtor affiliates.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Persons listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to: (i) such person's influence over the control of the Debtors; (ii) the management responsibilities or functions of such individual; (iii) the decision-making or corporate authority of such individual; or (iv) whether such individual could successfully argue that he or she is not an "insider" under applicable

law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

Further, certain of the individuals or entities identified as insiders, to the extent they are "insiders," may not have been insiders for the entirety of the twelve-month period, but the Debtors have included them herein out of an abundance of caution. The Debtors reserve all rights with respect thereto. To the extent any individual may have been considered an insider at some point during the twelve-month period, but ceased being an insider during the twelve-month period, this schedule only reflects payments made during the time such party may have been considered an insider.

3. **Methodology**.

(a) **Basis of Presentation**. For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements that were consolidated by Debtor, Sunworks Inc. Combining the assets and liabilities set forth in the Debtors' Schedules and Statements would result in amounts that would be substantially different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

Moreover, given the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities among other things, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

(b) **Reporting Date.** The reported asset values in Schedules A and B, reflect the Debtors' asset values as of December 31, 2023, with the exception of cash, which is the reported bank balance as of February 2, 2024. Liabilities are reported as close to the Petition Date as possible.

(c) **Umbrella or Master Agreements**. Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

(d) **Executory Contracts**. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to

amend Schedule G. In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by any counterparty to such contract or lease. Furthermore, while the Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over inclusion may have occurred.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all final exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any executed agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

(e) **Leases**. In the ordinary course of their businesses, the Debtors lease real property and various articles of personal property from certain third-party lessors. The Debtors believe that all such leases are set forth in the Schedules and Statements. The property subject to the leases is not reflected in the Schedules and Statements as either owned property or assets of the Debtors or property or assets of third-parties within the control of the Debtors. The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to legal status of any lease, and the Debtors reserve all rights with respect to all such issues.

(f) **Valuation**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values as of December 31, 2023, are reflected on the Schedules and Statements. Exceptions to this include operating cash which is presented at bank balance as of February 2, 2024. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values and, in some cases, the Debtors do not carry the value of the assets on their books. Amounts ultimately realized may vary from net book value (or whatever value was ascribed), and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus,

ultimate liabilities may differ materially from those stated in the Schedules and Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

(g) **Property and Equipment**. Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements. Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

(h) **Inventory.** Inventories are reported based on the net book value on the Debtors' balance sheet as of December 31, 2023, except Statement 27 which reflects the latest physical inventory counts of the Debtors based on information available prior to the Petition Date.

Inventory is valued at lower of cost or net realizable value determined by the first-in, first-out method. Inventory primarily consists of panels, inverters, batteries and mounting racks and other materials. The Company reviews the cost of inventories against their estimated net realizable value and records write-downs if any inventories have costs in excess of their net realizable values. Inventory is presented net of an allowance.

(i) **Contract Assets and Liabilities**. Contract assets consist of (i) the earned, but unbilled, portion of a project for which payment is deferred by the customer until certain contractual milestones are met; (ii) direct costs, including commissions, labor related costs and permitting fees paid prior to recording revenue, and (iii) unbilled receivables that represent revenue that has been recognized in advance of billing the customer, which is common for larger construction contracts. Contract liabilities consist of deferred revenue and customer deposits and customer advances, and third-party advances or deposits which represent consideration received from a customer prior to transferring control of goods or services to the customer under the terms of a contract.

(j) **Contingent Assets**. The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and

Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

Additionally, prior to the relevant Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages. Refer to each Statement, item 4(a)(i), for lawsuits commenced prior to the relevant Petition Date in which the Debtor was a plaintiff.

(k) **Unliquidated Claim Amounts**. Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

(l) **Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

(m)**Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

(n) **Intercompany Claims**. Intercompany receivables and payables between the Debtors as of December 31, 2023 are set forth on Schedule E/F or Schedule A/B-77 per the Debtors' books and records, as applicable. The Debtors are not able to easily segregate intercompany payables and receivables between certain debtors and therefore have disclosed certain intercompany payables at undetermined amounts. Sunworks, Inc. has funded the losses and acquisitions of the other Debtors and therefore has an intercompany receivable. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables. These claims are subject to reconciliation and the amounts listed may be materially misstated and subject to material adjustment upon the conclusion of a reconciliation.

Certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission of the amount and/or validity of any such intercompany receivables and payables or the validity of any netting or offset per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not all allowed at all. The listing of amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization or designation of intercompany accounts reported in the Schedules and Statements.

(o) **Excluded Assets and Liabilities**. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, employee benefit accruals, accrued accounts payable, capital lease assets and liabilities and certain contact asset and liability accounts as well as right of use assets and liabilities. In addition, certain immaterial assets and liabilities may have been excluded.

(p) **Liens**. The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment. If such liens may apply, the Debtors reserve their right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be perfected by a creditor.

(q) **Currency**. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(r) **Setoffs**. The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, returns, warranties, commissions and advances as well as other disputes between the Debtors and their suppliers. Such offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Specific Schedules Disclosures**

(a) **Schedule A/B-3 – Checking, savings, or other financial accounts.** Schedule A/B-3 lists closing bank balances as of February 2, 2024. JP Morgan account no. 8509 is reported on Sunworks United Inc's schedules as the account is under their EIN number. However, Solcius, LLC uses this account as an operating account.

(b) **Schedule A/B-7 – Security deposits with public utilities, telephone companies, landlords and others.** Schedule A/B-7 does not reflect any amounts of any security deposits a supplier or factor has applied per the supplier's or factor's records.

(c) **Schedule A/B-8 - Prepayments**– In the course of business the company receives and distributes commission advances according to set milestones; some of which are earned at future milestones and thus may be considered assets or liabilities which offset for final determination of amounts due or recoverable.

(d) **Schedule A/B-11 – Accounts receivable**. Schedule A/B-11 excludes intercompany receivables. Please see the note on page 8 of these Global Notes regarding intercompany claims.

(e) **Schedule A/B-15 – Stock and interests in incorporated and unincorporated businesses**. Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that

the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

(f) **Schedule A/B – 20 – WIP –** Solcius, LLC reported Construction in progress in this section.

(g) **Schedule A/B-21 – Inventory, excluding agricultural assets**.  Inventory is valued at lower of cost or net realizable value determined by the first-in, first-out method.  Inventory primarily consists of panels, inverters, batteries and mounting racks and other materials. The Company reviews the cost of inventories against their estimated net realizable value and records write-downs if any inventories have costs in excess of their net realizable values. Inventory is presented net of an allowance.

(h) **Schedules A/B-39, A/B-40, A/B-41 and A/B 50 – Office and business equipment**.  Certain of the Debtors' office and business equipment, fixtures, machinery, furnishings, and supplies are not capitalized based on its accounting policies and procedures.  The Debtors generally capitalize an asset if it has a life of more than 1 year and if it meets a certain dollar threshold in accordance with the Debtors' accounting policy.  There may be certain assets that are not capitalized because they did not meet the Debtors' capitalization policy.  Those assets that are not capitalized are not listed herein.

(i) **Schedules A/B, Part 10, Items 59-66 – Intangibles and intellectual property**.  The Debtors review goodwill and other intangible assets having indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of such assets might exceed their current fair values.  An impairment test has not been conducted as of the preparation of the Schedules and Statements, and therefore several of the Company's intangible asset values may be listed as undetermined.  The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable.

(j) **Schedules A/B-74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtors and rights to set off claims**.  The Debtors attempted to list known causes of action and other claims.  Potential preference actions and/or fraudulent transfer actions were not listed because the Debtors have not completed an analysis of such potential claims.  (Transfers identified in the Statements, *e.g.* at Part 2, Questions 3 and 4, may constitute avoidable transfers, however.)  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their Causes of Action or potential Causes of Action against third parties as assets in the Schedules and Statements.  The Debtors reserve all of their rights with respect to any Causes of Action that they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of

action, or avoidance actions or in any way prejudice or impair the assertion of such claims.

(k) **Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, equipment lessors, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D, though their deposits may be identified in Schedule A/B.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

(l) **Schedule E/F – Creditors Who Hold Unsecured Claims**

*Part 1 – Creditors with Priority Unsecured Claims*.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

The Debtors' endeavored to pay all employee obligations including without limitation, obligations related to employee wages, accrued PTO and other employee benefits in advance of the Petition Date.  Accordingly, prepetition claims of non-insiders related to regular employee wages and other employee benefits that have been paid or may be paid pursuant to further Bankruptcy Court order are not listed in Schedule E/F Part 1.

Schedule E/F Part 1 also includes balances for advanced deposits.  Such amounts reflect instances where the Debtors have taken a cash deposit from the customer, but have not completed the construction project yet.  Such balances reflect the most current balances on the Debtors' books.

Schedule E/F Part 1 also includes Claims owing to various taxing authorities to which the Debtors potentially may be liable, and which the Debtors have received notice of liability from such taxing authorities, are reported on Part 1. Certain of such claims, however, may be subject to ongoing audits. Therefore, the Debtors have listed all such claims as

"contingent," "unliquidated," and "disputed," pending final resolution of ongoing audits or other outstanding issues.

***Part 2 – Creditors with Nonpriority Unsecured Claims***.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2 (Statements Part 3, Question 7), contains information regarding pending litigation involving the Debtors.  The amounts for such potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.  For the avoidance of doubt, demand letters received from potential litigants that do not list a specific Debtor are listed on the Schedules for Sunworks, Inc.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights to, but undertake no obligations to, amend Schedules D and E/F if and as they receive prepetition invoices.

Liabilities listed on Schedules E/F reflect the Debtors' book and records balances as close as practicable to the petition date.

Part 2 does not include certain balances including deferred liabilities, accruals, or reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals primarily represent estimates of liabilities and do not represent specific claims as of the Petition Date.

(m) **Schedule G – Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, and unintended duplication of items may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the company may have inadvertently listed the incorrect Debtor party.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

In some cases, contract counterparties from dormant legacy businesses and historical acquisitions may not have been updated to reflect assignment to active Debtor entities although the Debtors have assumed and continue to perform under the terms of such agreements. In such cases, Debtors have included such items on Schedule G of Sunworks, Inc.

(n) **Schedule H – Co-Debtors**. In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases and other agreements. The Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

The Debtors have not listed any litigation-related co-Debtors on Schedule H. Instead, all such listings can be found on the Debtors' Schedule E/F.

**Specific Statements Disclosures**.

(a) **Part 1, Question 1 – Income from operations**. The values reflected in Part 1, Question 1 are at the profit-and-loss level not on a cash basis. These are reported as of December 31, 2023 for Solcius, LLC and Commercial Solar Energy Inc, the Debtors that report income from operation, as the Debtors have not closed the books for January 2024 yet.

(b) **Part 1, Question 2 – Non-business revenue**. Non-business revenue includes such items sale of assets including inventory, vehicle and ERTC Receivable. This is reflected at the profit-and-loss level, not on a cash basis. These are reported as of December 31, 2023, as the Debtors' have not closed the books for January 2024 yet.

(c) **Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case**. Any payments made to the Debtors' bankruptcy case professionals and/or insiders within the ninety days prior to the Petition Date are disclosed in response to SOFA 11 and SOFA 4, respectively, and therefore are not listed in response to SOFA 3. Payments made to the Debtors' non-insider employees also are not listed in SOFA 3.

(d) **Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider**. Both questions 4 and 30 in the SOFAs request information regarding payments to insiders, and all such information is provided in response to question 4. The information reported on Question 4 is representative of the total payments made to insiders on behalf of multiple Debtor entities during the one year prior to the Petition Date. For the avoidance of doubt, Question 4 may include payments to individuals who may have been insiders at the time they were employed by the Company, but are no longer employed by the Company.

(e) **Part 2, Question 5 – Repossessions, foreclosures, and returns**. In the ordinary course of business, returns are part of the Debtors' operations. This includes returns to vendors. This question excludes goods returned in the ordinary course of business.

(f) **Part 2, Question 6 – Setoffs**. For a discussion of setoffs and nettings incurred by the Debtors, refer to page 9 of these Global Notes.

(g) **Part 2, Question 7 – Legal Actions.** Information provided on Question 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial, or other adjudicative forum and omits threatened litigation that has not yet commenced. While the Debtors made reasonable efforts under the circumstances to complete Question 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' response to Question 7. The Debtors reserve all of their rights to amend or supplement their response to Question 7.

(h) **Part 5, Question 10 – Losses from Fire, Theft or Other Casualty**. The Debtors occasionally incur losses for a variety of reasons, including property damage. The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

The Debtors were unable to obtain details on claims reported to the insurance company due to employees with knowledge ending employment with the Debtors. The Debtors have requested this information from the insurance broker, but did not receive as of the filing of the Statements.

(i) **Part 6, Question 11 – Certain payments or transfers**. All disbursements listed in Statement 11 were initiated and disbursed by Sunworks United Inc. but were for the benefit of all Debtors.

(j) **Part 10, Question 20 – Off-premises storage**. The locations listed for off-premise storage do not include inventory at construction sites. There may be equipment and vehicles left at construction sites.

(k) **Part 13, Question 26 – Books, Records, and Financial Statements.** The Debtors provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Recipients include, among others, regulatory agencies, financial institutions, investment banks, equityholders, debtholders and their legal and financial advisors. Financial statements may have also been provided to other parties as requested, subject to customary non-disclosure requirements where applicable. In the event such financial statements are provided, the Debtors do not maintain complete lists or other records tracking such disclosures. The Debtors' financial statements are also included in their periodic securities filings and available to the public. Therefore, the Debtors have not provided full lists of these parties in their response to Statement Question 26.

Debtor name: Commercial Solar Energy Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: TBD

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** **Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2023 to 12/31/2023 | ☑ Operating a business<br>☐ Other | $29,339,000.00 |
| **For prior year:** | From 1/1/2022 to 12/31/2022 | ☑ Operating a business<br>☐ Other | $28,876,000.00 |
| **For the year before that:** | From 1/1/2021 to 12/31/2021 | ☑ Operating a business<br>☐ Other | $21,968,000.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2023 to 12/31/2023 | Sale of Assets - Inventory | $2,747,000.00 |
| **For prior year:** | From 1/1/2022 to 12/31/2022 | Sale of Assets | $155,000.00 |
| **For the year before that:** | From 1/1/2021 to 12/31/2021 | Sale of Assets | $0.00 |

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br><br>See SOFA 3 Attachment | | $2,910,081.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>See SOFA 4 Attachment<br><br>Relationship to debtor | | $11,151,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 <br><br> MBL & Sons Inc. <br> 954 Hampswood Way <br> San Jose, CA 95120 | Withheld trade payable against offsetting receivable <br><br> Last 4 digits of account number | 1/31/2024 | $524,732.42 |

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1 <br><br> **Name** <br><br> **Case number** | | Name <br><br> Street <br><br> City      State      Zip | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 <br><br> Custodian's name and address <br><br> Street <br><br> City      State      Zip | Case title <br><br> Case number <br><br> Date of order or assignment | Court name and address <br> Name <br><br> Street <br><br> City      State   Zip |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

9.1
Recipient's name
_____

Street
_____

City _____ State ____ Zip _____

**Recipient's relationship to debtor**
_____

| Part 5: | Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss
If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|

10.1

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1

**Email or website address**
_____

**Who made the payment, if not debtor?**
_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property  by sale, trade, or any other means  made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |
| Relationship to debtor | | | |

---

**Part 7:     Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 | | | | |
| Street 1010 Winding Creek Way | | | From 1/1/2015 | to 2/1/2017 |
| City Roseville | State CA | Zip 95678 | | |
| 14.2 | | | | |
| Street 1030 Winding Creek Way | | | From 2/1/2017 | to 2/1/2021 |
| City Roseville | State CA | Zip 95678 | | |

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1

Street

City                    State          Zip

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider

**How are records kept?**
Check all that apply:

☐ Electronically

☐ Paper

**Part 9:  Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

**Name of plan**

**Employer identification number of the plan**

Has the plan been terminated?

☑ No

☐ Yes

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1   Name _____ <br><br> Street _____ <br><br> City _____ State __ Zip __ | _____ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br><br> _____ | _____ | _____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1   Name _____ <br><br> Street _____ <br><br> City _____ State __ Zip __ | Address _____ <br> _____ | | ☐ No <br> ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1   Name <br> Chipman Relocation & Logistics <br><br> Street <br> 2300 N. Watney Way <br><br> City _Fairfield_ State _CA_ Zip _94533_ | Jeff Carlisle (Sunworks EE) Chipman Relocation staffs <br><br> Address <br> Carlisle: 2660 Park Hills Dr. Sacramento, CA. 95821 | Palletized Solar Modules | ☑ No <br> ☐ Yes |

| | | | |
|---|---|---|---|
| 20.2 | Name<br>insightsoftware LLC | Debtor; Nik Margulski (XTechs.support) | Financial books and records (cloud storage) | ☐ No<br>☑ Yes |
| | Street<br>8529 Six Forks Road, Suite 400 | Address<br>XTechs.support<br>9172 Greenback Lane<br>Orangeville, CA 95662 | | |
| | City State Zip<br>Raleigh NC 27615 | | | |

| | | | |
|---|---|---|---|
| 20.3 | Name<br>Yolo Transfer Moving & Storage | Jeff Carlisle (Sunworks EE); Yolo Transfer staffs | Palletized Solar Modules | ☐ No<br>☑ Yes |
| | Street<br>1660 Tide Court | Address<br>Jeff Carlisle<br>2660 Park Hills Dr.<br>Sacramento, CA 95821 | | |
| | City State Zip<br>Woodland CA 95776 | | | |

**Part 11:** **Property the Debtor Holds or Controls that the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1<br><br>Case Number | Name<br><br>Street<br><br>City State Zip | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 | | | |
| Name | Name | | |
| Street | Street | | |
| City    State    Zip | City    State    Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 | | | |
| Name | Name | | |
| Street | Street | | |
| City    State    Zip | City    State    Zip | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 | | EIN |
| | | **Dates business existed** |
| | | From         to |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1 Clark Yeager 2332 E 15th St Newport Beach, CA 92663 | From 11/10/2020    to 9/1/2023 |
| 26a.2 Jason Bonfigt 1 Forrester Lane Yountville, CA 94599 | From 10/5/2021    to 1/19/2024 |

26a.3

Michael Kennett - VP Finance          From                to
1555 Freedom Blvd.                    10/9/2023           Present
Provo, UT 84604

26a.4

Paul McDonnel                         From                to
2037 E Tivoli Hills Court             9/6/2016            1/12/2024
Draper, UT 84020

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1

KMJ Corbin & Company LLP              From                to
Attn: Tom Shoemaker                   1/1/2020            Present
2855 Michelle Drive
Suite 350
Irvine, CA 92606

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1

Michael Kennett - VP Finance
1555 Freedom Blvd.
Provo, UT 84604

26c.2

XTechs.Support
Attn: Nik Margulski
9172 Greenback Lane
Orangevale, CA 95662

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1

Sunworks, Inc. is a publicly traded company and all financials are publicly available through the Securities and Exchange Commission website at www.sec.gov.

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Jeff Carlisle - Sr. Director Business Operations | 12/31/2023 | $3,247,794.34 |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.1

Maria Evans - Sr. Accountant
1555 Freedom Blvd
Provo, UT 84604

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Jeff Carlisle - Sr. Director Business Operations | 9/30/2023 | $3,521,548.00 |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2

Maria Evans - Sr. Accountant
1555 Freedom Blvd
Provo, UT 84604

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Jeff Carlisle - Sr. Director Business Operations | 6/30/2023 | $5,726,123.00 |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.3

Maria Evans - Sr. Accountant
1555 Freedom Blvd
Provo, UT 84604

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Jeff Carlisle - Sr. Director Business Operations | 3/31/2023 | $5,325,906.00 |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.4

Maria Evans - Sr. Accountant
1555 Freedom Blvd
Provo, UT 84604

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Jeff Carlisle - Sr. Director Business Operations | 12/31/2023 | $9,989,456.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.5

    Maria Evans - Sr. Accountant
    1555 Freedom Blvd
    Provo, UT 84604

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 Mark Trout 1555 Freedom Blvd. Provo, UT 84604 | Director; CEO | 0% |
| 28.2 Patrick McCullough 1555 Freedom Blvd. Provo, UT 84604 | Director (Chairman) | 0% |
| 28.3 Rhone Resch 1555 Freedom Blvd. Provo, UT 84604 | Director | 0% |
| 28.4 Stanley Speer 1555 Freedom Blvd. Provo, UT 84604 | Director | 0% |
| 28.5 Sunworks United Inc. 1555 Freedom Boulevard Provo, UT 84604 | Sole Shareholder | 100% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 Chaye Besherse 5754 Pepperridge Place Concord, CA 94521 | Secretary | From 6/7/2021 to 10/13/2023 |

29.2

Chris Monahan                                    Chief Legal Officer              From          to
809 S Los Robles                                                                 2/7/2022      1/22/2024
Pasadena, CA 91106

29.3

Clark Yeager                                     Assistant Secretary             From          to
2332 E 15th St                                                                   11/16/2020    9/1/2023
Newport Beach, CA 92663

29.4

Gaylon Morris                                    Chief Executive Officer, President &   From          to
722 Hickory Hill Drive                           Director                              1/11/2021     10/16/2023
Bean Station, TN 37708

29.5

Jason Bonfigt                                    Chief Financial Officer         From          to
1 Forrester Lane                                                                 10/5/2021     1/19/2024
Yountville, CA 94599

29.6

Judith Hall                                      Chairperson - BOD               From          to
615 Crofton Court                                                                10/1/2019     5/20/2023
Lafayette, CA 94549

29.7

Kelly Broderick                                  Assistant Secretary             From          to
397 Anacapa Drive                                                                4/12/2021     1/21/2024
Roseville, CA 95678

29.8

Paul McDonnel                                    Treasurer                       From          to
2037 E Tivoli Hills Court                                                        9/6/2016      1/12/2024
Draper, UT 84020

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 |  |  |  |
| See SOFA 4 |  |  |  |

| Relationship To Debtor |
|---|
|  |

**31.Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | | Employer Identification number of the parent corporation |
|---|---|---|
| 31.1 Sunworks, Inc. | EIN | 01-0592299 |

**32.Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | | Employer Identification number of the pension fund |
|---|---|---|
| 32.1 | EIN | |

| Insider's Name | Address | City | State | ZIP | Relationship to the Debtor | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 09/28/23 | $300,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 09/28/23 | $30,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 09/27/23 | $485,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 09/22/23 | $280,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 09/21/23 | $100.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 09/21/23 | $100.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 09/14/23 | $40,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 08/18/23 | $50,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 08/17/23 | $200,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 08/16/23 | $800,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 07/05/23 | $1,000,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 06/29/23 | $600,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 06/21/23 | $1,000,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 06/19/23 | $500,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 06/02/23 | $500,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 06/01/23 | $1,100,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 05/26/23 | $500,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 05/26/23 | $217,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 05/10/23 | $360,000.00 |
| Solcius LLC | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 04/26/23 | $200,000.00 |
| **Total:  Solcius LLC** | | | | | | | | **$8,162,200.00** |
| | | | | | | | | |
| Sunworks United Inc. | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 02/01/24 | $200,000.00 |
| Sunworks United Inc. | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 12/06/23 | $10,000.00 |
| Sunworks United Inc. | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 10/19/23 | $9,000.00 |
| Sunworks United Inc. | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 09/26/23 | $20,000.00 |
| Sunworks United Inc. | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 09/15/23 | $520,000.00 |
| Sunworks United Inc. | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 09/08/23 | $400,000.00 |
| Sunworks United Inc. | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 09/01/23 | $250,000.00 |
| Sunworks United Inc. | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 08/31/23 | $500,000.00 |
| Sunworks United Inc. | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 08/22/23 | $80,000.00 |
| Sunworks United Inc. | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 06/08/23 | $500,000.00 |
| Sunworks United Inc. | 1555 Freedom Blvd. | Provo | UT | 84604 | Affiliate | Intercompany Transfer | 06/01/23 | $500,000.00 |
| **Total:  Sunworks United Inc.** | | | | | | | | **$2,989,000.00** |
| | | | | | | | | |
| **TOTAL** | | | | | | | | **$11,151,200.00** |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| Abran Madrid | 6623 Star Glow Court | | Las Vegas | NV | 89118 | Expense Reimbursement | 1/26/2024 | $1,242.32 |
| Abran Madrid | 6623 Star Glow Court | | Las Vegas | NV | 89118 | Expense Reimbursement | 1/16/2024 | $8,778.12 |
| Abran Madrid | 6623 Star Glow Court | | Las Vegas | NV | 89118 | Expense Reimbursement | 12/22/2023 | $1,183.80 |
| Abran Madrid | 6623 Star Glow Court | | Las Vegas | NV | 89118 | Expense Reimbursement | 11/3/2023 | $1,193.64 |
| **Total: Abran Madrid** | | | | | | | | **$12,397.88** |
| | | | | | | | | |
| ACIP Energy, LLC | P O BOX 3480 | | Yuba City | CA | 95992 | Vendor | 12/15/2023 | $8,505.00 |
| ACIP Energy, LLC | P O BOX 3480 | | Yuba City | CA | 95992 | Vendor | 11/3/2023 | $4,050.00 |
| **Total: ACIP Energy, LLC** | | | | | | | | **$12,555.00** |
| | | | | | | | | |
| Adco South Roofing & Waterproofing | 1896 North Main Street | | Orange | CA | 92865 | Vendor | 11/10/2023 | $15,000.00 |
| **Total: Adco South Roofing & Waterproofing** | | | | | | | | **$15,000.00** |
| | | | | | | | | |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 1/26/2024 | $175.76 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 1/18/2024 | $162.60 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 1/12/2024 | $5,346.50 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 1/12/2024 | $175.76 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 1/5/2024 | $87.88 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 12/29/2023 | $167.03 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 12/28/2023 | $379.01 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 12/15/2023 | $6,618.10 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 12/15/2023 | $143.65 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 12/8/2023 | $84.50 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 12/4/2023 | $74.36 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 12/1/2023 | $136.89 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 11/17/2023 | $629.92 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 11/10/2023 | $7,441.75 |
| ADP Payroll FEes | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 11/10/2023 | $77.74 |
| ADP Payroll Fees | PO Box 31001-1874 | | Pasadena | CA | 91110-1874 | Vendor | 11/3/2023 | $161.96 |
| **Total: ADP Payroll Fees** | | | | | | | | **$21,863.41** |
| | | | | | | | | |
| Also Energy Inc. | 5400 Airport Blvd, Suite 100 | | Boulder | CO | 80301 | Vendor | 1/12/2024 | $63,273.01 |
| Also Energy Inc. | 5400 Airport Blvd, Suite 100 | | Boulder | CO | 80301 | Vendor | 1/5/2024 | $63,000.00 |
| **Total: Also Energy Inc.** | | | | | | | | **$126,273.01** |
| | | | | | | | | |
| American Express | PO Box 0001 | | Los Angeles | CA | 90096-8000 | Corporate Credit Card | 1/25/2024 | $18,826.18 |
| American Express | PO Box 0001 | | Los Angeles | CA | 90096-8000 | Corporate Credit Card | 12/26/2023 | $25,064.86 |
| American Express | PO Box 0001 | | Los Angeles | CA | 90096-8000 | Corporate Credit Card | 11/24/2023 | $23,410.28 |
| American Express | PO Box 0001 | | Los Angeles | CA | 90096-8000 | Corporate Credit Card | 11/6/2023 | $1,023.70 |
| **Total: American Express** | | | | | | | | **$68,325.02** |
| | | | | | | | | |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 1/24/2024 | $1,927.48 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 1/23/2024 | $136.00 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 1/22/2024 | $48.30 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 1/18/2024 | $216.66 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 1/11/2024 | $1,280.74 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 1/11/2024 | $456.94 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 12/28/2023 | $2,972.26 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 12/21/2023 | $136.00 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 12/20/2023 | $486.00 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 12/19/2023 | $48.30 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 12/13/2023 | $3,336.84 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 12/6/2023 | $85.00 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 11/29/2023 | $3,799.80 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 11/29/2023 | $136.00 |
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 11/15/2023 | $3,181.48 |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| APA Benefits, Inc. | 8899 S 700 E Suite 225 | | Sandy | UT | 84070 | Vendor | 11/7/2023 | $165.20 |
| **Total: APA Benefits, Inc.** | | | | | | | | **$18,413.00** |
| | | | | | | | | |
| Brandon Thorp | 463 Meadow Gate Road | | Meadow Vista | CA | 95722 | Expense Reimbursement | 2/1/2024 | $164.24 |
| Brandon Thorp | 463 Meadow Gate Road | | Meadow Vista | CA | 95722 | Expense Reimbursement | 1/26/2024 | $2,753.49 |
| Brandon Thorp | 463 Meadow Gate Road | | Meadow Vista | CA | 95722 | Expense Reimbursement | 1/12/2024 | $5,868.37 |
| Brandon Thorp | 463 Meadow Gate Road | | Meadow Vista | CA | 95722 | Expense Reimbursement | 12/22/2023 | $1,171.94 |
| Brandon Thorp | 463 Meadow Gate Road | | Meadow Vista | CA | 95722 | Expense Reimbursement | 12/15/2023 | $2,766.14 |
| Brandon Thorp | 463 Meadow Gate Road | | Meadow Vista | CA | 95722 | Expense Reimbursement | 12/1/2023 | $1,504.80 |
| Brandon Thorp | 463 Meadow Gate Road | | Meadow Vista | CA | 95722 | Expense Reimbursement | 11/17/2023 | $3,033.03 |
| Brandon Thorp | 463 Meadow Gate Road | | Meadow Vista | CA | 95722 | Expense Reimbursement | 11/3/2023 | $785.66 |
| **Total: Brandon Thorp** | | | | | | | | **$18,047.67** |
| | | | | | | | | |
| CED GreenTech | P O BOX 888835 | | Los Angeles | CA | 90088-8835 | Vendor | 1/19/2024 | $5,248.28 |
| CED GreenTech | P O BOX 888835 | | Los Angeles | CA | 90088-8835 | Vendor | 1/12/2024 | $12,274.61 |
| CED GreenTech | P O BOX 888835 | | Los Angeles | CA | 90088-8835 | Vendor | 1/5/2024 | $16,016.57 |
| CED GreenTech | P O BOX 888835 | | Los Angeles | CA | 90088-8835 | Vendor | 12/22/2023 | $19,863.43 |
| CED GreenTech | P O BOX 888835 | | Los Angeles | CA | 90088-8835 | Vendor | 11/29/2023 | $127,196.82 |
| CED GreenTech | P O BOX 888835 | | Los Angeles | CA | 90088-8835 | Vendor | 11/17/2023 | $8,266.68 |
| CED GreenTech | P O BOX 888835 | | Los Angeles | CA | 90088-8835 | Vendor | 11/10/2023 | $9,738.43 |
| CED GreenTech | P O BOX 888835 | | Los Angeles | CA | 90088-8835 | Vendor | 11/3/2023 | $10,608.57 |
| **Total: CED GreenTech** | | | | | | | | **$209,213.39** |
| | | | | | | | | |
| Chint Power Systems America | 2188 Pomona Blvd | | Pomona | CA | 91768 | Vendor | 12/22/2023 | $12,357.69 |
| Chint Power Systems America | 2188 Pomona Blvd | | Pomona | CA | 91768 | Vendor | 12/15/2023 | $5,367.85 |
| **Total: Chint Power Systems America** | | | | | | | | **$17,725.54** |
| | | | | | | | | |
| Chipman Relocations & Logistics | 1620 National Drive | | Sacramento | CA | 95834 | Vendor | 12/22/2023 | $11,426.25 |
| **Total: Chipman Relocations & Logistics** | | | | | | | | **$11,426.25** |
| | | | | | | | | |
| CLC Lodging | P.O. Box 534722 | | Atlanta | GA | 30353-4722 | Vendor | 1/12/2024 | $275.24 |
| CLC Lodging | P.O. Box 534722 | | Atlanta | GA | 30353-4722 | Vendor | 12/22/2023 | $2,606.95 |
| CLC Lodging | P.O. Box 534722 | | Atlanta | GA | 30353-4722 | Vendor | 12/15/2023 | $9,630.20 |
| CLC Lodging | P.O. Box 534722 | | Atlanta | GA | 30353-4722 | Vendor | 12/1/2023 | $12,423.69 |
| CLC Lodging | P.O. Box 534722 | | Atlanta | GA | 30353-4722 | Vendor | 11/3/2023 | $7,707.56 |
| **Total: CLC Lodging** | | | | | | | | **$32,643.64** |
| | | | | | | | | |
| Crown Road Energy, LLC | 201 Toles Hollow Road | | Gilboa | NY | 12076 | Vendor | 11/10/2023 | $8,970.00 |
| Crown Road Energy, LLC | 201 Toles Hollow Road | | Gilboa | NY | 12076 | Vendor | 11/3/2023 | $5,000.00 |
| **Total: Crown Road Energy, LLC** | | | | | | | | **$13,970.00** |
| | | | | | | | | |
| Daniel O'Connell | 911 Commons Drive | | Sacramento | CA | 95825 | Vendor | 1/5/2024 | $11,880.00 |
| Daniel O'Connell | 911 Commons Drive | | Sacramento | CA | 95825 | Vendor | 11/3/2023 | $1,224.00 |
| **Total: Daniel O'Connell** | | | | | | | | **$13,104.00** |
| | | | | | | | | |
| Deductible Recovery Group | PO Box 6068-01 | | Hermitage | PA | 16148-1068 | Vendor | 12/22/2023 | $20,000.00 |
| **Total: Deductible Recovery Group** | | | | | | | | **$20,000.00** |
| | | | | | | | | |
| Delta Dental | P O Box 647006 | | Dallas | TX | 75264-7006 | Vendor | 1/31/2024 | $4,941.47 |
| Delta Dental | P O Box 647006 | | Dallas | TX | 75264-7006 | Vendor | 1/31/2024 | $284.66 |
| Delta Dental | P O Box 647006 | | Dallas | TX | 75264-7006 | Vendor | 1/19/2024 | $4,719.09 |
| Delta Dental | P O Box 647006 | | Dallas | TX | 75264-7006 | Vendor | 1/19/2024 | $670.39 |
| Delta Dental | P O Box 647006 | | Dallas | TX | 75264-7006 | Vendor | 12/21/2023 | $418.40 |
| Delta Dental | P O Box 647006 | | Dallas | TX | 75264-7006 | Vendor | 12/20/2023 | $4,128.73 |
| Delta Dental | P O Box 647006 | | Dallas | TX | 75264-7006 | Vendor | 11/30/2023 | $607.10 |
| Delta Dental | P O Box 647006 | | Dallas | TX | 75264-7006 | Vendor | 11/29/2023 | $5,091.53 |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| **Total: Delta Dental** | | | | | | | | **$20,861.37** |
| | | | | | | | | |
| Division of Labor Standards Enforcement | 2031 Howe Ave, Suite #100 | | Sacramento | CA | 95825 | Vendor | 1/2/2024 | $3,520.00 |
| Division of Labor Standards Enforcement | 2031 Howe Ave, Suite #100 | | Sacramento | CA | 95825 | Vendor | 1/2/2024 | $4,040.00 |
| Division of Labor Standards Enforcement | 2031 Howe Ave, Suite #100 | | Sacramento | CA | 95825 | Vendor | 1/2/2024 | $1,760.00 |
| Division of Labor Standards Enforcement | 2031 Howe Ave, Suite #100 | | Sacramento | CA | 95825 | Vendor | 1/2/2024 | $10,400.00 |
| **Total: Division of Labor Standards Enforcement** | | | | | | | | **$19,720.00** |
| | | | | | | | | |
| Dudley's Excavating, Inc | P.O. Box 901 | | Gerber | CA | 96035-0901 | Vendor | 12/22/2023 | $20,000.00 |
| **Total: Dudley's Excavating, Inc** | | | | | | | | **$20,000.00** |
| | | | | | | | | |
| Edges Electrical Group | P.O. Box 26830 | | San Jose | CA | 95159-6830 | Vendor | 1/26/2024 | $19,440.00 |
| Edges Electrical Group | P.O. Box 26830 | | San Jose | CA | 95159-6830 | Vendor | 1/19/2024 | $10,000.00 |
| Edges Electrical Group | P.O. Box 26830 | | San Jose | CA | 95159-6830 | Vendor | 1/12/2024 | $14,689.48 |
| Edges Electrical Group | P.O. Box 26830 | | San Jose | CA | 95159-6830 | Vendor | 1/5/2024 | $4,832.86 |
| Edges Electrical Group | P.O. Box 26830 | | San Jose | CA | 95159-6830 | Vendor | 12/22/2023 | $9,689.55 |
| Edges Electrical Group | P.O. Box 26830 | | San Jose | CA | 95159-6830 | Vendor | 12/1/2023 | $8,764.40 |
| Edges Electrical Group | P.O. Box 26830 | | San Jose | CA | 95159-6830 | Vendor | 11/17/2023 | $13,963.78 |
| Edges Electrical Group | P.O. Box 26830 | | San Jose | CA | 95159-6830 | Vendor | 11/10/2023 | $10,010.48 |
| Edges Electrical Group | P.O. Box 26830 | | San Jose | CA | 95159-6830 | Vendor | 11/3/2023 | $8,706.19 |
| **Total: Edges Electrical Group** | | | | | | | | **$100,096.74** |
| | | | | | | | | |
| Endelos Energy, Inc. | 593 Avenue of the Flags Ste #105 | | Buellton | CA | 93427 | Vendor | 1/26/2024 | $20,000.00 |
| Endelos Energy, Inc. | 593 Avenue of the Flags Ste #105 | | Buellton | CA | 93427 | Vendor | 1/19/2024 | $10,000.00 |
| Endelos Energy, Inc. | 593 Avenue of the Flags Ste #105 | | Buellton | CA | 93427 | Vendor | 1/12/2024 | $33,497.00 |
| Endelos Energy, Inc. | 593 Avenue of the Flags Ste #105 | | Buellton | CA | 93427 | Vendor | 12/21/2023 | $100,000.00 |
| Endelos Energy, Inc. | 593 Avenue of the Flags Ste #105 | | Buellton | CA | 93427 | Vendor | 12/1/2023 | $39,212.50 |
| Endelos Energy, Inc. | 593 Avenue of the Flags Ste #105 | | Buellton | CA | 93427 | Vendor | 11/17/2023 | $10,000.00 |
| Endelos Energy, Inc. | 593 Avenue of the Flags Ste #105 | | Buellton | CA | 93427 | Vendor | 11/10/2023 | $29,740.00 |
| Endelos Energy, Inc. | 593 Avenue of the Flags Ste #105 | | Buellton | CA | 93427 | Vendor | 11/3/2023 | $25,000.00 |
| **Total: Endelos Energy, Inc.** | | | | | | | | **$267,449.50** |
| | | | | | | | | |
| Engineered Power Solutions | 72 South Main Street, Suite A | | Templeton | CA | 93465 | Vendor | 12/22/2023 | $4,800.00 |
| Engineered Power Solutions | 72 South Main Street, Suite A | | Templeton | CA | 93465 | Vendor | 12/1/2023 | $1,200.00 |
| Engineered Power Solutions | 72 South Main Street, Suite A | | Templeton | CA | 93465 | Vendor | 11/17/2023 | $1,500.00 |
| Engineered Power Solutions | 72 South Main Street, Suite A | | Templeton | CA | 93465 | Vendor | 11/10/2023 | $900.00 |
| Engineered Power Solutions | 72 South Main Street, Suite A | | Templeton | CA | 93465 | Vendor | 11/3/2023 | $2,400.00 |
| **Total: Engineered Power Solutions** | | | | | | | | **$10,800.00** |
| | | | | | | | | |
| Enterprise FM Trust | P O Box 800089 | | Kansas City | MO | 64180-0089 | Equipment Rental | 1/22/2024 | $19,353.14 |
| Enterprise FM Trust | P O Box 800089 | | Kansas City | MO | 64180-0089 | Equipment Rental | 1/19/2024 | $2,181.99 |
| Enterprise FM Trust | P O Box 800089 | | Kansas City | MO | 64180-0089 | Equipment Rental | 1/12/2024 | $3,068.44 |
| Enterprise FM Trust | P O Box 800089 | | Kansas City | MO | 64180-0089 | Equipment Rental | 1/5/2024 | $2,599.84 |
| Enterprise FM Trust | P O Box 800089 | | Kansas City | MO | 64180-0089 | Equipment Rental | 12/20/2023 | $22,685.57 |
| Enterprise FM Trust | P O Box 800089 | | Kansas City | MO | 64180-0089 | Equipment Rental | 12/7/2023 | $40,962.56 |
| Enterprise FM Trust | P O Box 800089 | | Kansas City | MO | 64180-0089 | Equipment Rental | 12/1/2023 | $7,960.26 |
| Enterprise FM Trust | P O Box 800089 | | Kansas City | MO | 64180-0089 | Equipment Rental | 11/17/2023 | $2,581.69 |
| Enterprise FM Trust | P O Box 800089 | | Kansas City | MO | 64180-0089 | Equipment Rental | 11/10/2023 | $2,766.73 |
| Enterprise FM Trust | P O Box 800089 | | Kansas City | MO | 64180-0089 | Equipment Rental | 11/3/2023 | $2,814.61 |
| **Total: Enterprise FM Trust** | | | | | | | | **$106,974.83** |
| | | | | | | | | |
| Erik Amos | 450 N Arlington Ave Unit 609 | | Reno | NV | 89503 | Expense Reimbursement | 2/1/2024 | $173.75 |
| Erik Amos | 450 N Arlington Ave Unit 609 | | Reno | NV | 89503 | Expense Reimbursement | 2/1/2024 | $12,933.48 |
| Erik Amos | 450 N Arlington Ave Unit 609 | | Reno | NV | 89503 | Expense Reimbursement | 2/1/2024 | $173.75 |
| Erik Amos | 450 N Arlington Ave Unit 609 | | Reno | NV | 89503 | Expense Reimbursement | 1/12/2024 | $6,230.79 |
| Erik Amos | 450 N Arlington Ave Unit 609 | | Reno | NV | 89503 | Expense Reimbursement | 12/22/2023 | $4,065.86 |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| Erik Amos | 450 N Arlington Ave Unit 609 | | Reno | NV | 89503 | Expense Reimbursement | 12/15/2023 | $6,186.99 |
| Erik Amos | 450 N Arlington Ave Unit 609 | | Reno | NV | 89503 | Expense Reimbursement | 12/1/2023 | $10,269.58 |
| Erik Amos | 450 N Arlington Ave Unit 609 | | Reno | NV | 89503 | Expense Reimbursement | 11/17/2023 | $3,946.68 |
| Erik Amos | 450 N Arlington Ave Unit 609 | | Reno | NV | 89503 | Expense Reimbursement | 11/3/2023 | $498.00 |
| **Total: Erik Amos** | | | | | | | | **$44,478.88** |
| | | | | | | | | |
| Graybar Electric Company | P O BOX 57071 | | Los Angeles | CA | 90074 | Vendor | 1/12/2024 | $2,056.46 |
| Graybar Electric Company | P O BOX 57071 | | Los Angeles | CA | 90074 | Vendor | 1/12/2024 | $11,708.07 |
| Graybar Electric Company | P O BOX 57071 | | Los Angeles | CA | 90074 | Vendor | 12/1/2023 | $17,854.50 |
| Graybar Electric Company | P O BOX 57071 | | Los Angeles | CA | 90074 | Vendor | 11/17/2023 | $10,468.99 |
| Graybar Electric Company | P O BOX 57071 | | Los Angeles | CA | 90074 | Vendor | 11/10/2023 | $10,814.22 |
| Graybar Electric Company | P O BOX 57071 | | Los Angeles | CA | 90074 | Vendor | 11/3/2023 | $24,424.29 |
| **Total: Graybar Electric Company** | | | | | | | | **$77,326.53** |
| | | | | | | | | |
| Haig Precision Mfg. Corp | 3616 Snell Avenue | | San Jose | CA | 95136 | Vendor | 12/22/2023 | $5,000.00 |
| Haig Precision Mfg. Corp | 3616 Snell Avenue | | San Jose | CA | 95136 | Vendor | 12/1/2023 | $5,000.00 |
| Haig Precision Mfg. Corp | 3616 Snell Avenue | | San Jose | CA | 95136 | Vendor | 11/3/2023 | $15,000.00 |
| **Total: Haig Precision Mfg. Corp** | | | | | | | | **$25,000.00** |
| | | | | | | | | |
| Horizon Underground Inc | 1595 Mountain Avenue | | Norco | CA | 92860 | Vendor | 1/19/2024 | $20,000.00 |
| Horizon Underground Inc | 1595 Mountain Avenue | | Norco | CA | 92860 | Vendor | 1/12/2024 | $40,000.00 |
| **Total: Horizon Underground Inc** | | | | | | | | **$60,000.00** |
| | | | | | | | | |
| Hurricane Hill Development Company PLLC | 1042 Hurricane Hill Road | | Mason | NH | 03048 | Vendor | 1/19/2024 | $1,278.75 |
| Hurricane Hill Development Company PLLC | 1042 Hurricane Hill Road | | Mason | NH | 03048 | Vendor | 1/12/2024 | $6,625.00 |
| **Total: Hurricane Hill Development Company PLLC** | | | | | | | | **$7,903.75** |
| | | | | | | | | |
| Jeff Carlisle | 2660 Park Hills Drive | | Sacramento | CA | 95821 | Expense Reimbursement | 1/26/2024 | $1,355.52 |
| Jeff Carlisle | 2660 Park Hills Drive | | Sacramento | CA | 95821 | Expense Reimbursement | 12/22/2023 | $681.51 |
| Jeff Carlisle | 2660 Park Hills Drive | | Sacramento | CA | 95821 | Expense Reimbursement | 12/15/2023 | $6,344.49 |
| Jeff Carlisle | 2660 Park Hills Drive | | Sacramento | CA | 95821 | Expense Reimbursement | 11/3/2023 | $3,412.78 |
| **Total: Jeff Carlisle** | | | | | | | | **$11,794.30** |
| | | | | | | | | |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 1/29/2024 | $2,685.57 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 1/22/2024 | $17,032.75 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 1/17/2024 | $2,120.27 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 1/9/2024 | $14,971.46 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 1/2/2024 | $2,559.63 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 12/26/2023 | $15,585.60 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 12/18/2023 | $3,051.01 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 12/11/2023 | $18,965.36 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 12/5/2023 | $6,241.12 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 11/28/2023 | $16,310.71 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 11/24/2023 | $2,790.05 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 11/13/2023 | $20,324.80 |
| John Hancock | PO Box 55979 | | Boston | MA | 02205 | 401k Administrator | 11/6/2023 | $2,826.54 |
| **Total: John Hancock** | | | | | | | | **$109,879.27** |
| | | | | | | | | |
| Jonathan Harvey | 1340 Moccasin Trail | | Placerville | CA | 95667 | Expense Reimbursement | 1/26/2024 | $143.48 |
| Jonathan Harvey | 1340 Moccasin Trail | | Placerville | CA | 95667 | Expense Reimbursement | 12/22/2023 | $2,735.35 |
| Jonathan Harvey | 1340 Moccasin Trail | | Placerville | CA | 95667 | Expense Reimbursement | 12/15/2023 | $9,142.38 |
| Jonathan Harvey | 1340 Moccasin Trail | | Placerville | CA | 95667 | Expense Reimbursement | 11/3/2023 | $2,732.24 |
| **Total: Jonathan Harvey** | | | | | | | | **$14,753.45** |
| | | | | | | | | |
| JP Morgan Chase | Attn: General Counsel | 270 Park Avenue | New York | NY | 10017 | Banking Fees | 1/24/2024 | $5,309.77 |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| JP Morgan Chase | Attn: General Counsel | 270 Park Avenue | New York | NY | 10017 | Banking Fees | 12/27/2023 | $10,776.20 |
| JP Morgan Chase | Attn: General Counsel | 270 Park Avenue | New York | NY | 10017 | Banking Fees | 11/28/2023 | $6,137.37 |
| **Total:  JP Morgan Chase** | | | | | | | | **$22,223.34** |
| | | | | | | | | |
| Kaiser Foundation Health Plan | 1 Kaiser Plaza | | Oakland | CA | 94612 | Health Benefits Provider | 1/31/2024 | $1,505.59 |
| Kaiser Foundation Health Plan | 1 Kaiser Plaza | | Oakland | CA | 94612 | Health Benefits Provider | 1/31/2024 | $21,663.97 |
| Kaiser Foundation Health Plan | 1 Kaiser Plaza | | Oakland | CA | 94612 | Health Benefits Provider | 1/19/2024 | $2,542.81 |
| Kaiser Foundation Health Plan | 1 Kaiser Plaza | | Oakland | CA | 94612 | Health Benefits Provider | 1/19/2024 | $20,232.91 |
| Kaiser Foundation Health Plan | 1 Kaiser Plaza | | Oakland | CA | 94612 | Health Benefits Provider | 12/20/2023 | $14,955.03 |
| Kaiser Foundation Health Plan | 1 Kaiser Plaza | | Oakland | CA | 94612 | Health Benefits Provider | 12/20/2023 | $1,250.80 |
| Kaiser Foundation Health Plan | 1 Kaiser Plaza | | Oakland | CA | 94612 | Health Benefits Provider | 12/18/2023 | $2,902.92 |
| Kaiser Foundation Health Plan | 1 Kaiser Plaza | | Oakland | CA | 94612 | Health Benefits Provider | 12/18/2023 | $13,987.15 |
| Kaiser Foundation Health Plan | 1 Kaiser Plaza | | Oakland | CA | 94612 | Health Benefits Provider | 11/13/2023 | $11,347.45 |
| **Total:  Kaiser Foundation Health Plan** | | | | | | | | **$90,388.63** |
| | | | | | | | | |
| Kirk Short | 218 Lemon Hill Drive | | Oroville | CA | 95966 | Rent | 1/3/2024 | $16,500.00 |
| Kirk Short | 218 Lemon Hill Drive | | Oroville | CA | 95966 | Rent | 12/1/2023 | $16,500.00 |
| **Total:  Kirk Short** | | | | | | | | **$33,000.00** |
| | | | | | | | | |
| Kroeker, Inc. | 4627 S Chestnut Avenue | | Fresno | CA | 93725 | Vendor | 11/17/2023 | $9,545.00 |
| **Total:  Kroeker, Inc.** | | | | | | | | **$9,545.00** |
| | | | | | | | | |
| MBL & Sons Inc. | 954 Hampswood Way | | San Jose | CA | 95120 | Vendor | 1/19/2024 | $10,000.00 |
| MBL & Sons Inc. | 954 Hampswood Way | | San Jose | CA | 95120 | Vendor | 1/12/2024 | $75,000.00 |
| MBL & Sons Inc. | 954 Hampswood Way | | San Jose | CA | 95120 | Vendor | 1/5/2024 | $75,000.00 |
| MBL & Sons Inc. | 954 Hampswood Way | | San Jose | CA | 95120 | Vendor | 12/21/2023 | $75,000.00 |
| MBL & Sons Inc. | 954 Hampswood Way | | San Jose | CA | 95120 | Vendor | 12/1/2023 | $75,000.00 |
| MBL & Sons Inc. | 954 Hampswood Way | | San Jose | CA | 95120 | Vendor | 11/17/2023 | $75,000.00 |
| MBL & Sons Inc. | 954 Hampswood Way | | San Jose | CA | 95120 | Vendor | 11/10/2023 | $75,000.00 |
| MBL & Sons Inc. | 954 Hampswood Way | | San Jose | CA | 95120 | Vendor | 11/3/2023 | $75,000.00 |
| **Total:  MBL & Sons Inc.** | | | | | | | | **$535,000.00** |
| | | | | | | | | |
| NV5 Inc | P O Box 74008680 | | Chicago | IL | 60674-8680 | Vendor | 1/19/2024 | $2,621.37 |
| NV5 Inc | P O Box 74008680 | | Chicago | IL | 60674-8680 | Vendor | 1/12/2024 | $3,118.12 |
| NV5 Inc | P O Box 74008680 | | Chicago | IL | 60674-8680 | Vendor | 1/5/2024 | $4,612.00 |
| NV5 Inc | P O Box 74008680 | | Chicago | IL | 60674-8680 | Vendor | 12/22/2023 | $8,631.82 |
| **Total:  NV5 Inc** | | | | | | | | **$18,983.31** |
| | | | | | | | | |
| Pape Material Handling Inc. | PO Box 35144 #5077 | | Seattle | WA | 98124-5144 | Vendor | 1/12/2024 | $5,743.23 |
| Pape Material Handling Inc. | PO Box 35144 #5077 | | Seattle | WA | 98124-5144 | Vendor | 1/5/2024 | $6,012.84 |
| Pape Material Handling Inc. | PO Box 35144 #5077 | | Seattle | WA | 98124-5144 | Vendor | 12/22/2023 | $10,956.78 |
| Pape Material Handling Inc. | PO Box 35144 #5077 | | Seattle | WA | 98124-5144 | Vendor | 12/1/2023 | $9,254.75 |
| Pape Material Handling Inc. | PO Box 35144 #5077 | | Seattle | WA | 98124-5144 | Vendor | 11/17/2023 | $3,995.09 |
| Pape Material Handling Inc. | PO Box 35144 #5077 | | Seattle | WA | 98124-5144 | Vendor | 11/10/2023 | $2,045.92 |
| Pape Material Handling Inc. | PO Box 35144 #5077 | | Seattle | WA | 98124-5144 | Vendor | 11/3/2023 | $1,896.40 |
| **Total:  Pape Material Handling Inc.** | | | | | | | | **$39,905.01** |
| | | | | | | | | |
| PG&E CFM-PPC Dept. | P.O. Box 997340 | | Sacramento | CA | 95899-7340 | Vendor | 1/12/2024 | $22,659.95 |
| PG&E CFM-PPC Dept. | P.O. Box 997340 | | Sacramento | CA | 95899-7340 | Vendor | 1/5/2024 | $21,864.76 |
| PG&E CFM-PPC Dept. | P.O. Box 997340 | | Sacramento | CA | 95899-7340 | Vendor | 12/21/2024 | $300.00 |
| **Total:  PG&E CFM-PPC Dept.** | | | | | | | | **$44,824.71** |
| | | | | | | | | |
| Precision Solar Installation, LLC | 75 5th Street NW, Suite 460 | | Atlanta | GA | 30308 | Vendor | 1/19/2024 | $10,000.00 |
| Precision Solar Installation, LLC | 75 5th Street NW, Suite 460 | | Atlanta | GA | 30308 | Vendor | 1/12/2024 | $20,000.00 |
| **Total:  Precision Solar Installation, LLC** | | | | | | | | **$30,000.00** |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| PushPower, LLC | 3034 Gold Canal Drive Suite B | | Rancho Cordova | CA | 95670 | Vendor | 1/19/2024 | $13,109.43 |
| PushPower, LLC | 3034 Gold Canal Drive Suite B | | Rancho Cordova | CA | 95670 | Vendor | 1/5/2024 | $7,303.57 |
| PushPower, LLC | 3034 Gold Canal Drive Suite B | | Rancho Cordova | CA | 95670 | Vendor | 12/1/2023 | $3,501.88 |
| PushPower, LLC | 3034 Gold Canal Drive Suite B | | Rancho Cordova | CA | 95670 | Vendor | 11/17/2023 | $3,511.88 |
| PushPower, LLC | 3034 Gold Canal Drive Suite B | | Rancho Cordova | CA | 95670 | Vendor | 11/10/2023 | $4,557.98 |
| **Total: PushPower, LLC** | | | | | | | | **$31,984.74** |
| | | | | | | | | |
| Robert Gurd | 8832 Pershing Ave | | Orangevale | CA | 95662 | Expense Reimbursement | 2/1/2024 | $345.58 |
| Robert Gurd | 8832 Pershing Ave | | Orangevale | CA | 95662 | Expense Reimbursement | 12/22/2023 | $360.12 |
| Robert Gurd | 8832 Pershing Ave | | Orangevale | CA | 95662 | Expense Reimbursement | 12/15/2023 | $615.02 |
| Robert Gurd | 8832 Pershing Ave | | Orangevale | CA | 95662 | Expense Reimbursement | 12/1/2023 | $2,676.21 |
| Robert Gurd | 8832 Pershing Ave | | Orangevale | CA | 95662 | Expense Reimbursement | 11/17/2023 | $2,221.64 |
| Robert Gurd | 8832 Pershing Ave | | Orangevale | CA | 95662 | Expense Reimbursement | 11/3/2023 | $5,113.37 |
| **Total: Robert Gurd** | | | | | | | | **$11,331.94** |
| | | | | | | | | |
| S Chaves Construction, Inc | 11545 Los Osos Valley Road C-3 | | San Luis Obispo | CA | 93405 | Vendor | 1/19/2024 | $4,755.00 |
| S Chaves Construction, Inc | 11545 Los Osos Valley Road C-3 | | San Luis Obispo | CA | 93405 | Vendor | 1/12/2024 | $5,000.00 |
| S Chaves Construction, Inc | 11545 Los Osos Valley Road C-3 | | San Luis Obispo | CA | 93405 | Vendor | 1/5/2024 | $5,000.00 |
| S Chaves Construction, Inc | 11545 Los Osos Valley Road C-3 | | San Luis Obispo | CA | 93405 | Vendor | 12/22/2023 | $10,000.00 |
| S Chaves Construction, Inc | 11545 Los Osos Valley Road C-3 | | San Luis Obispo | CA | 93405 | Vendor | 11/17/2023 | $5,000.00 |
| S Chaves Construction, Inc | 11545 Los Osos Valley Road C-3 | | San Luis Obispo | CA | 93405 | Vendor | 11/3/2023 | $10,000.00 |
| **Total: S Chaves Construction, Inc** | | | | | | | | **$39,755.00** |
| | | | | | | | | |
| SepiSolar, Inc. | 3070 Osgood Court | | Fremont | CA | 94539 | Vendor | 1/12/2024 | $9,140.00 |
| SepiSolar, Inc. | 3070 Osgood Court | | Fremont | CA | 94539 | Vendor | 12/1/2023 | $4,945.00 |
| SepiSolar, Inc. | 3070 Osgood Court | | Fremont | CA | 94539 | Vendor | 11/10/2023 | $2,300.00 |
| **Total: SepiSolar, Inc.** | | | | | | | | **$16,385.00** |
| | | | | | | | | |
| Solectria Renewables LLC | 2121 Norman Drive S | | Waukegan | IL | 60085 | Vendor | 1/12/2024 | $39,573.66 |
| Solectria Renewables LLC | 2121 Norman Drive S | | Waukegan | IL | 60085 | Vendor | 1/5/2024 | $2,419.70 |
| Solectria Renewables LLC | 2121 Norman Drive S | | Waukegan | IL | 60085 | Vendor | 11/17/2023 | $5,000.00 |
| Solectria Renewables LLC | 2121 Norman Drive S | | Waukegan | IL | 60085 | Vendor | 11/3/2023 | $8,454.33 |
| **Total: Solectria Renewables LLC** | | | | | | | | **$55,447.69** |
| | | | | | | | | |
| Soligent | P O BOX 398012 | | San Francisco | CA | 94139-012 | Vendor | 1/5/2024 | $57,107.50 |
| **Total: Soligent** | | | | | | | | **$57,107.50** |
| | | | | | | | | |
| Southern California Edison | P.O Box 800 | | Rosemead | CA | 91771 | | 1/6/2024 | $206.00 |
| Southern California Edison | P.O Box 800 | | Rosemead | CA | 91771 | Vendor | 12/5/2023 | $216.36 |
| Southern California Edison | P.O Box 800 | | Rosemead | CA | 91771 | Vendor | 11/6/2023 | $173.92 |
| Southern California Edison | P.O Box 800 | | Rosemead | CA | 91771 | Vendor | 11/3/2023 | $10,000.00 |
| **Total: Southern California Edison** | | | | | | | | **$10,596.28** |
| | | | | | | | | |
| Terrasmart, Inc. | BOX 715005 | | Cincinnati | OH | 45271-5005 | Vendor | 1/5/2024 | $7,702.35 |
| Terrasmart, Inc. | BOX 715005 | | Cincinnati | OH | 45271-5005 | Vendor | 11/17/2023 | $5,000.00 |
| **Total: Terrasmart, Inc.** | | | | | | | | **$12,702.35** |
| | | | | | | | | |
| The Megawatt Group LLC | P O BOX 8771 | | Collingwood | NJ | 08108 | Vendor | 1/19/2024 | $51,428.52 |
| **Total: The Megawatt Group LLC** | | | | | | | | **$51,428.52** |
| | | | | | | | | |
| United Site Services Inc. | PO BOX 660475 | | Dallas | TX | 75266-0475 | Vendor | 1/12/2024 | $7,934.81 |
| United Site Services Inc. | PO BOX 660475 | | Dallas | TX | 75266-0475 | Vendor | 1/5/2024 | $3,286.05 |
| United Site Services Inc. | PO BOX 660475 | | Dallas | TX | 75266-0475 | Vendor | 12/1/2023 | $6,205.74 |
| United Site Services Inc. | PO BOX 660475 | | Dallas | TX | 75266-0475 | Vendor | 11/10/2023 | $3,286.05 |
| United Site Services Inc. | PO BOX 660475 | | Dallas | TX | 75266-0475 | Vendor | 11/3/2023 | $2,964.77 |

| Creditor's Name | Address 1 | Address 2 | City | State | ZIP | Reason for Payment or Transfer | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|
| **Total: United Site Services Inc.** | | | | | | | | **$23,677.42** |
| | | | | | | | | |
| Verizon Wireless | PO Box 15043 | | Albany | NY | 12212-5043 | Vendor | 1/31/2024 | $2,987.36 |
| Verizon Wireless | PO Box 15043 | | Albany | NY | 12212-5043 | Vendor | 1/23/2024 | $2,515.69 |
| Verizon Wireless | PO Box 15043 | | Albany | NY | 12212-5043 | Vendor | 1/3/2024 | $2,948.44 |
| Verizon Wireless | PO Box 15043 | | Albany | NY | 12212-5043 | Vendor | 12/22/2023 | $5,068.92 |
| Verizon Wireless | PO Box 15043 | | Albany | NY | 12212-5043 | Vendor | 12/1/2023 | $2,973.89 |
| **Total: Verizon Wireless** | | | | | | | | **$16,494.30** |
| | | | | | | | | |
| Voya Financial | 20 Washington Avenue South | | Minneapolis | MN | 55401 | Insurance | 2/1/2024 | $2,799.63 |
| Voya Financial | 20 Washington Avenue South | | Minneapolis | MN | 55401 | Insurance | 12/15/2023 | $2,135.06 |
| Voya Financial | 20 Washington Avenue South | | Minneapolis | MN | 55401 | Insurance | 12/1/2023 | $2,969.82 |
| **Total: Voya Financial** | | | | | | | | **$7,904.51** |
| | | | | | | | | |
| WECA | 3695 Bleckely Street | | Rancho Cordova | CA | 95655 | Member Dues | 1/16/2024 | $1,610.00 |
| WECA | 3695 Bleckely Street | | Rancho Cordova | CA | 95655 | Member Dues | 1/16/2024 | $1,698.24 |
| WECA | 3695 Bleckely Street | | Rancho Cordova | CA | 95655 | Member Dues | 12/18/2023 | $1,610.00 |
| WECA | 3695 Bleckely Street | | Rancho Cordova | CA | 95655 | Member Dues | 12/18/2023 | $2,638.02 |
| WECA | 3695 Bleckely Street | | Rancho Cordova | CA | 95655 | Member Dues | 11/24/2023 | $3,592.70 |
| WECA | 3695 Bleckely Street | | Rancho Cordova | CA | 95655 | Member Dues | 11/15/2023 | $1,610.00 |
| **Total: WECA** | | | | | | | | **$12,758.96** |
| | | | | | | | | |
| Wesco DBA: Wesco/ KVA/ Modern | P.O. Box 31001-0465 | | Pasadena | CA | 91110-0465 | Vendor | 1/12/2024 | $25,000.00 |
| Wesco DBA: Wesco/ KVA/ Modern | P.O. Box 31001-0465 | | Pasadena | CA | 91110-0465 | Vendor | 1/5/2024 | $8,057.78 |
| Wesco DBA: Wesco/ KVA/ Modern | P.O. Box 31001-0465 | | Pasadena | CA | 91110-0465 | Vendor | 11/21/2023 | $44,016.18 |
| Wesco DBA: Wesco/ KVA/ Modern | P.O. Box 31001-0465 | | Pasadena | CA | 91110-0465 | Vendor | 11/17/2023 | $37,464.50 |
| **Total: Wesco DBA: Wesco/ KVA/ Modern** | | | | | | | | **$114,538.46** |
| | | | | | | | | |
| Wex Bank | P O BOX 4337 | | Carol Stream | IL | 60197-4337 | Corporate Credit Card | 1/10/2024 | $26,648.01 |
| Wex Bank | P O BOX 4337 | | Carol Stream | IL | 60197-4337 | Corporate Credit Card | 12/7/2023 | $31,266.86 |
| Wex Bank | P O BOX 4337 | | Carol Stream | IL | 60197-4337 | Corporate Credit Card | 11/7/2023 | $30,492.37 |
| **Total: Wex Bank** | | | | | | | | **$88,407.24** |
| | | | | | | | | |
| XTECHS.SUPPORT | 9172 Greenback Lane | | Orangevale | CA | 95662 | Vendor | 1/12/2024 | $13,612.40 |
| XTECHS.SUPPORT | 9172 Greenback Lane | | Orangevale | CA | 95662 | Vendor | 11/17/2023 | $14,093.12 |
| **Total: XTECHS.SUPPORT** | | | | | | | | **$27,705.52** |
| | | | | | | | | |
| **TOTAL** | | | | | | | | **$2,910,091.86** |

**Part 14:  Signature and Declaration**

**WARNING**    Bankruptcy fraud is a serious crime    Making a false statement  concealing property  or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both
18 U S C  §§ 152  1341  1519, and 3571

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true
and correct

I declare under penalty of perjury that the foregoing is true and correct

Executed on          February 5, 2024

Signature of individual signing on behalf of the debtor

Mark Trout
Printed name

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Software Copyright (c) 1996-2024 Best Case  LLC - www bestcase com                                                        Best Case Ba